

| | | | | MO. | DAY | YEAR | | | | | | | OTHER | JUDG. IMAG. NUMBER | DIM. | | NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 79 | 5831 | 10 | 26 | 79 | 3 | 440 | 1 | | | 1 | NEAREST $1,000 | 0857 | | 79 | 5831 |

| PLAINTIFFS | DEFENDANTS   CARTER, J. |
|---|---|
| BARCIA, NIDIA, individually & on behalf of all others similarly situated | SITKIN, LOUIS, individually & as CHAIRMAN OF THE N.Y.S. UNEMPLOYMENT INSURANCE APPEAL BOARD |
| | RHONE, JAMES R. |
| ESPINOSA, JUAN, individually and on behalf of all other simislary situated | STRAUSS, ARTHUR |
| | ZANKEL, HARRY |
| | PUGH, DOUGLAS, individually & as members of the NYS Unemployment Insurance Appeal Board |
| INTERVENOR (2-9-81) | ROSS, PHILIP, individually & as , |
| | INDUSTRIAL COMMISIONER OF THE STATE OF N.Y |
| 21-91-5 | NEW YORK STATE UNEMPLOYMENT INSURANCE |
| Bh-3 | APPEAL BOARD |
| BX-12 | N.Y.S. DEPT OF LABOR |
| 63441652 | |

CONSOLIDATED with 79 civ 5899 RLC------79 civ 583/LEAD CASE.

## CAUSE

Pltffs claimants for & recipients of unemployment insurance benefits bring this class action deft officials of the Unemployment Insurance Appeal bd. & others for violations of their rights under the Social Sec. Act 42 USC 503 (a)(3) T. VI of the 1964 Civil Rights Act 42 USC 2000d the 14th amendment to the U.S. Conctitution                                                        LN

## ATTORNEYS

M.D. TARACIDO
PETER BIENSTCOK
ROBERT L. BECKER
PUERTAN RICAN LEGAL DEFENSE &
EDUCATION FUND INC
95 Madison Ave  NYC 10016 532-8470

Robert Abrams
2 World Trade Center
N.Y.C. 10047

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | OCT 26 1979 | 2-2/04 | | JS-5 | |
| | | | | JS-6 | |

^-111 (Rev. 1/76)

.9 CIVIL 5..   Barcia, Nidia   vs Sitkin, Louis et al

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| | | JUDGE CARTER |
| 10-26-79 | 1 | Filed complaint & issued summons |
| 11-07-79 | 2. | Filed Summs with marshal's return: |
| | | J.R.Rhone                          A. Brown                    10-29-79 |
| | | A. STruas                            "                           " |
| | | H. Zankel                            "                           " |
| | | L. Sitkin                            "                           " |
| | | N.Y.S. Unemployment Ins. Appeal      "                           " |
| | | G. Douglas Pugh                      "                           " |
| | | P. Ross                              "                           " |
| | | N.Y.S. Dept of Labor                 "                           " |
| 11-21-79 | 3. | Filed defts' ANSWER.                                                      A |
| 11-23-79 | 4. | Filed  Pltff's 1st interrogs to deft. |
| 12-20-79 | 5. | Filed Pltffs' affdvt & Notice of motion for an order determining this action as a class action. ret: 1-4-80. |
| 12-20-79 | 6. | Filed Pltff's memo of law in support of motion for class determination. |
| 12-27-79 | 7. | Filed Stip & Order that the time for the defts. to ans. pltff's 1st interrogs is ext. to 1-4-80. So Ordered Carter,J. |
| 01-07-80 | 8. | Filed defts' answers to pltff's 1st interrogs. |
| 01-09-80 | 9. | Filed Stip& Order that the return date of pltff's motion for class certification is adj. to 2-1-80. So Ordered Carter,J. |
| 01-28-80 | 10. | Filed Stip U Order that the return date  of pltff's motion for class certification is adj. to 2-8-80. So Ordered Carter,J. |
| 02-07-80 | 11. | Filed  defts' supplementary answers to pltff's 1st interrogs.. |
| 02-11-80 | 12. | Filed Stip& Order that the return date forpltff's motion for class certification is adj. to 2-22-80...So Ordered Carter,J. |
| 02-19-80 | 13. | Filed defts' affdvt & notice of motion for summ.judg. ret: 3-21-80. |
| 02-19-80 | 14. | Filed defts' memo of law in support of defts; motion for summ.judg. |
| 02-26-80 | 15. | Filed Stip& Order that the retrun date for pltff's motionfor class certification is aj. to 2-29-80..So Ordeed Carter,J. |
| 02-20-80 | 16. | Filed Pltffs' reply  memo of law in support of motion for class certification. |
| 03-19-80 | 17. | Filed pltffs' affdvt & notice of cross motion for partial summ.judg. ret: 3-21-80. |
| 03-19-80 | 18. | Filed Pltffs'  memo of law in support of cross motion for partial summ,judg. and in opposition to defts' motion for summ.judg. |
| 04-18-80 | 19. | Filed defts' memo of law in opposition to pltff's cross motion for partial summ. judg. |
| 04-18-80 | 20. | Filed  defts' statement in response to pltfff' 9(g) statement. |
| 05-27-80 | 21 | Filed defts' 2nd supplemental response to pltff's 1st interrogs. |

civ 5831
DC 111A
(Rev. 1/75)

PAGE #3.   JUDGE   CARTER                    79 civ 5831

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | | |
|---|---|---|---|---|
| BARCIA ETAL | | SITKIN | | DOCKET NO. _____ |
| | | | | PAGE ⌒ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 07-31-80 | 22. | Filed defts' 3rd supplemental respon ꭶ to pltffs 1st interrogs. |
| 08-19-80 | 23. | Filed  Pltff's  affdvt & notice of motion for an order  permtting J. Expinosa to  Intervene...ret: 8-29-80. |
| 08-19-80 | 24. | Filed pltff's memo of law in support of motion to intervene. |
| 09-03-80 | 25. | Filed defts' memo of law in opposition to motion to intervene. |
| 09-24-80 | 26. | Filed Stip& Order  the motion of intervenor J. Espinosa is adj. to 9-12-80...  So Ordered Carter,J. |
| 09-11-80 | 27. | Filed pltff's reply memo of law in support of motion to intervene. |
| 01-29-81 | 28, | Filed  pltff's  affdvt & notice of motion for an order  consolidating  this  action with 79 civ 5899 RLC..ret: 2-13-81. |
| 01-29-81 | 29. | Filed pltff's memo of law in support of motion to   consolidate. |
| 02-09-81 | 30. | Filed Opinion # 51215= Motion to intervene by Juan Espinosa is granted... Pltff's  motion for class certification is granted with respect to the nationalorigin  ..defts' motion for summ.judg. is granted with respect to inssues insofar  as those claims seek declatory relief..defts; motion is denied with respect  to claims 3 &4 & 5...It is so ordered Carter, m n |
| 02-16-81 | 31. | Filed defts' memo of law in opposition to pltffs motion for consolication. |
| 02-13-81 | 32. | Filed pltffs' reply memo of law in supporof motion ꞩ consolidate. |
| 03-26-81 | 33. | Filed Endorsement=  In order to avoid wasteful, duplicate discovery, and in view  of the fact that both sets of pltffs' favor consolodation while defts provide  no compelling arguement agaisnt it, the motion to consolidate with 79 civ  5899 RLC is granted..In addition N.Y.S. United Teachers, American Federation  of teachers, AFL-CIO, the United Federation of Teachers local 2, American  Federation of eachers, AFL-CIO, Dolores Cantrell, Charlotte Gaeta and  Maureen S. McArdle (Teachers Union) have moved to intervene as a pltff...  motion to interven is granted...original pltffs..to compel defts to  provide  access to all case files...etc... motion is granted to the extent as indicated  ...It is so ordered Carter,J.m/n |
| 03-26-81 | 34. | Filed  pltffs' affdvt & noticeof motion for an order directing entry of final  judg...et: 4-3-81. |
| 04-02-81 | 35. | Filed defts' memo of law in opposition to pltff's motion. |
| 04-06-81 | 36. | Filed pltffs reply memorandum of law in support of motion  for judgment. |

Cont'd p.4

79 Civ.5831   RLC

**DC 111A**
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| BARCIA, NIDIA, et. al. | SITKIN, LOUIS, et. al. | PAGE _4_ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 04-14-81 | 37. | Filed defts' response to pltff's request for production of documents. |
| 05-15-81 | 38. | Filed pltffs' inrerveors complt. class action |
| 5-28-81 | 39 | Fld memo end on  entry # 32 (fld in 79cv 5899 ) re motion to compel disposed of as indicated in open court.   CARTER J mn |
| 6-12-81 | 49 | Filed Intervenor Juan Espinosa's Complaint. |
| 6-19-81 | 50 | Filedstip & order that defts time to answer or otherwise move in response to pltff-intervenor Espinosa'scmplt is7=10=81...CArter,J. |
| 7-13-81 | 51 | Fld Deft's ANSWER to Intervenors Complaint. |
| 7-13-81 | 52 | Fld Deft's ANSWER to Intervena complaint. |
| 8-10-81 | 53 | Filed Pltff's request to produce documents. |
| 5-7-82 | 54 | Filed defts' objection to pltffs' request for production of documents. |
| 3-1-83 | 55 | Filed pltffs' affirmation of David Raff in support of the proposed settlement and proposed notice to class members. |
| 3-1-83 | 56 | Filed pltffs' memorandum in support of the proposed settlement and proposed notice to class members. |
| 3-2-83 | 57 | Filed memo-endorsement on unsigned order to show cause:  The application to intervene by the NY Chamber of Commerce and Industry and the NY School Boards Association is denied after argument.  The application for a stay is denied. CARTER, J. |
| 3-2-83 | 58 | Filed non-parties NY Chamber of Commerce and Industry and NY School Boards Assoc.'s memorandum in support of their motion to intervene (#57). |
| 3-1-83 | 59 | Filed Order & notice of settlement and hearing...A hearing to determine whether a proposed settlement is fair, reasonable and adequate will be held on 6-6-83 in Room 518...Any claimant who wishes to be heard in objection to the approval of the Settlement Agreement...must file a written objection with the Clerk of Court not later than 5-16-83...etc....CARTER, J. |
| 3-1-83 | 60 | Filed Consent Judgment and Decree...consent judgment and decree is without prejudice to any claim or defense of any party with respect to attys' fees. Pltffs waive all damage claims against all the defts...preliminary approval of the consent judgment is hereby entered the 1st day of March 1983... CARTER, J.     Judgment entered 3-2-83   CLERK   m/n |
| 3-4-83 | 61 | Filed letter from Donald Lorenz addressed to Judge Carter, dated 3-4-83. |
| 3-14-83 | 62 | Filed claim of Gilda Olivieri. |
| 4-11-83 | 63 | Fld. letter, to Judge Carter, from Michael Roselli, dtd 4-6-83. |

RA

RA

Cont pg 5

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | 79 Civ. 5831 RLC |
|-----------|--|-----------|-------------------|
| BARCIA, NIDIA, et. al. | | SITKIN, LOUIS, et. al. | DOCKET NO. _____ <br> PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 4-12-83 | 64 | Fld. letter, to Judge Carter, from Allen D. Veverka, dtd 4-8-83. |
| 4-13-83 | 65 | Filed objection of Aurica (Laurel) Goldstein. |
| 4-18-83 | 66 | Filed objection of Richard Attanasio. |
| 4-22-83 | 67 | Filed objection of Allen D. Veverka. |
| 4-22-83 | 68 | Filed objection of Antoinette Patakus. |
| 4-25-83 | 69 | Filed objection of Vincent Simone. |
| 4-25-83 | 70 | Filed objection of Thomas Reich. |
| 4-25-83 | 71 | Filed objection of Frank Durst. |
| 4-25-83 | 72 | Filed objection of Thomas F. Murphy. |
| 4-25-83 | 73 | Filed objection of Peter M. Talbot. |
| 4-26-83 | 74 | Filed objection of Cathleen Eastman. |
| 4-26-83 | 75 | Filed objection of Philip Foster, Esq. |
| 4-26-83 | 76 | Filed objection of Lillian Berkenstat, submitted by her atty, Joseph M. Schwartz. |
| 4-27-83 | 77 | Filed objection of Marcus Lehman. |
| 4-28-83 | 78 | Filed objection of Robert Kaufman. |
| 4-28-83 | 79 | Filed objection of Melvyn M. Toomer. |
| 4-28-83 | 80 | Filed objection of Antoinette Goodman. |
| 4-28-83 | 81 | Filed objection of Ray Randazzo. |
| 4-28-83 | 82 | Filed objection of Kenneth Foley. |
| 4-29-83 | 83 | Filed objection of Mary M. Rattley |
| 4-29-83 | 84 | Filed objection of Victor Ozuna. |
| 4-29-83 | 85 | Filed objection of Isaac Edelman. |
| 4-29-83 | 86 | Filed objection of Walter Norris. |
| 4-29-83 | 87 | Filed objection of Richard Becker. |
| 5-2-83 | 88 | Filed objection of Lillian Stein. |
| 5-2-83 | 89 | Filed letter from Etkind & Golos representing Edward J. Galvin and Robert D. Galvin. |

contd. C

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|

DOCKET NO. _____
PAGE 6 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-2-83 | 90 | Filed objection of Louis D. Petrocci. |
| 5-2-83 | 91 | Filed objection of Kimberly Hoenes Golato. |
| 5-4-83 | 92 | Filed objection of Meryl Brodsky. |
| 5-4-83 | 93 | Filed objection of Bruce M. Crowner. |
| 5-4-83 | 94 | Filed objection of William Funari. |
| 5-4-83 | 95 | Filed objection of Peter J. Donaghy. |
| 5-4-83 | 96 | Filed objection of Kathleen Costello. |
| 5-4-83 | 97 | Filed objection of Deborah Jaskowiak. |
| 5-4-83 | 98 | Filed objection of Rosette Ribeiro. |
| 5-4-83 | 99 | Filed objection of Filomena Bericiringa. |
| 5-2-83 | 100 | Filed objection of Alberta Riccio. |
| 5-5-83 | 101 | Filed objection of Erico E. DaVias. |
| 5-5-83 | 102 | Filed objection of Helen Dauria. |
| 5-6-83 | 103 | Filed objection of Thomas G. Marinucci, Jr. |
| 5-6-83 | 104 | Filed objection of Elaine Ferrick. |
| 5-6-83 | 105 | Filed objection of Barbara Anne Skotten. |
| 5-6-83 | 106 | Filed objection of Doris R. Cox. |
| 5-6-83 | 107 | Filed objection of Angelo J. Ruperto. |
| 5-6-83 | 108 | Filed objection of Louis R. Giordano. |
| 5-6-83 | 109 | Filed objection of Patrick A. Gurdo. |
| 5-6-83 | 110 | Filed objection of Leonard R. Scharf, Board of Cooperative Educational Services. |
| 5-6-83 | 111 | Filed objection of Austin Montgomery, Berlin Central School District. |
| 5-6-83 | 112 | Filed objection of Josefa Monteafudo. |
| 5-6-83 | 113 | Filed objection of Milton Pashman. |
| | | (CONTINUED) |

79 Civ. 5831  RLC

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| BARCIA, NIDIA, et. al. | | SITKIN, LOUIS, et. al. | PAGE 7 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-9-83 | 114 | Filed objection of Bienvenido Ruiz to consent decree. |
| 5-9-83 | 115 | Filed objection of Marianne L. Salinger. |
| 5-9-83 | 116 | Filed objection of Henry Cole. |
| 5-9-83 | 117 | Filed objection of Rose M. Bieniecki. |
| 5-10-83 | 118 | Filed objection of Harry Liebovitch. |
| 5-10-83 | 119 | Filed objection of Francisco J. Figueroa. |
| 5-11-83 | 120 | Filed objection of Ana Luna. |
| 5-11-83 | 121 | Filed objection of George A. Jackson, South Huntington Union Free School District. |
| 5-11-83 | 122 | Filed objection of Joan M. Raymond, Yonkers Public Schools. |
| 5-11-83 | 123 | Filed objection of C. Eugene Edwards, Goshen Central School District. |
| 5-11-83 | 124 | Filed objection of Grace E. Suita. |
| 5-11-83 | 125 | Filed objection of Rueben D. Riley. |
| 5-12-83 | 126 | Filed objection of Lynda Maer. |
| 5-12-83 | 127 | Filed objection of David Sturdivant. |
| 5-12-83 | 128 | Filed objection of Kathleen Estabrook. |
| 5-12-83 | 129 | Filed objection of Vernon Richardson. |
| 5-12-83 | 130 | Filed objection of Kenneth Szprygada. |
| 5-12-83 | 131 | Filed objection of Susan W. Springer. |
| 5-12-83 | 132 | Filed objection of Nelson S. Williams Jr. |
| 5-12-83 | 133 | Filed objection of Mort Neudell. |
| 5-12-83 | 134 | Filed objection of Doris Monger. |
| 5-12-83 | 135 | Filed objection of Roy Mansfield. |
| 5-12-83 | 136 | Filed objection of Daniel E. Bryan, Levittown Union Free School District. |
| 5-12-83 | 137 | Filed objection of Arthur M. Kahn for Steven Samuels. |
| 5-12-83 | 138 | Filed objection of William P. Dougherty, Elmira Heights Central School District. |
| 5-12-83 | 139 | Filed objection of Corbally, Gartland & Rappleyea for Hyde Park Central School District. |

cont'd 8

79 Civ. 5831   RLC

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|
| BARCIA, NIDIA, et. al. | | SITKIN, LOUIS, et. al. | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-12-83 | 140 | Filed objection of Leon J. Campo, East Meadow Union Free School District. |
| 5-13-83 | 141 | Filed Plaintiffs (Donna Messenger) Letter dated 5-11-83 as indicated. |
| 5-16-83 | 142 | Filed objection of K.R. Robertson. |
| 5-16-83 | 143 | Filed objection of Raymond A. Clifford. |
| 5-16-83 | 144 | Filed objection of Marvin Datz. |
| 5-16-83 | 145 | Filed objection of John T. Ferri. |
| 5-16-83 | 146 | Filed objection of H.J. Barend. |
| 5-16-83 | 147 | Filed objection of George Lare. |
| 5-16-83 | 148 | Filed objection of Glenda R. Taramasco. |
| 5-16-83 | 149 | Filed objection of Paul Hartung. |
| 5-16-83 | 150 | Filed objection of Linda Stevens. |
| 5-16-83 | 151 | Filed objection of Greta E. Brewer. |
| 5-16-83 | 152 | Filed objection of Albert L. Feldmann. |
| 5-16-83 | 153 | Filed objection of Robert Malli. |
| 5-16-83 | 154 | Filed affdvt of Cary Hirschfield in objection. |
| 5-16-83 | 155 | Filed objection of Randall G. Sonner. |
| 5-16-83 | 156 | Filed objection and affirmation of Mirta Del Rio on behalf of Antonio Sierra. |
| 5-16-83 | 157 | Filed objection of Lazlo Szoke. |
| 5-16-83 | 158 | Filed objection of Robert J. Spinosa. |
| 5-16-83 | 159 | Filed objection of Stuart Guldbrandsen. |
| 5-16-83 | 160 | Filed objection of David Owens. |
| 5-16-83 | 161 | Filed objection of Vincent P. Alestra. |
| 5-16-83 | 162 | Filed objection of Cyril Armstrong. |
| 5-16-83 | 163 | Filed objection of Christopher K.H. Dressler on behalf of Demetri Kolokotronis. |
| | | (CONTINUED) |

cont'd p. 9

79 Civ. 5831  RLC

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BARCIA, NIDIA, et. al. | SITKIN, LOUIS, et. al. | DOCKET NO. _____<br>PAGE _9_ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-16-83 | 164 | Filed objection of Odette Van Acker. |
| 5-16-83 | 165 | Filed objection of Milagros Melendez. |
| 5-16-83 | 166 | Filed objection of D.M. Gandhi. |
| 5-16-83 | 167 | Filed objection of Corporation Counsel on behalf of the Board of Education of the City School District of the City of New York. |
| 5-16-83 | 168 | Filed objection of Vladeck, Waldman, Elias & Engelhard on behalf of Daniel Joseph O'Leary. |
| 5-16-83 | 169 | Filed objection of New York Telephone Co. through their attorneys, William P. Witman, Roger J. Karlebach and Paul H. Repp. |
| 5-17-83 | 170 | Filed objection of The Business Council of New York State through its President, Raymond T. Schuler. |
| 5-17-83 | 171 | Filed objection of Richard Behrens. |
| 5-17-83 | 172 | Filed objection of Citibank through its Senior Vice President, Frederick A. Roesch. |
| 5-17-83 | 173 | Filed objection of Unemployment Cost Control, Inc. through its President, Robert T. DuVal. |
| 5-17-83 | 174 | Filed objection of Consolidated Corporate Consultants through its Director, Mark D. Hausmann. |
| 5-17-83 | 175 | Filed objection of Hempstead Public Schools through its Acting Superintendent of Schools, Charles R. Jelicks. |
| 5-17-83 | 176 | Filed objection of Ebasco Services Inc. through Edward F. Schwartz, Jr., Administrator-Personnel Policy Administration. |
| 5-17-83 | 177 | Filed objection of Plainview-Old Bethpage Central School District through Joseph M. Blum, President--Board of Education. |
| 5-17-83 | 178 | Filed objection of East Ramapo Central School District through Jack R. Anderson, Superintendent of Schools. |
| 5-17-83 | 179 | Filed objection of New York Chamber of Commerce and Industry through Steven B. Weingarten, Counsel, State Legislative Affairs. |
| 5-17-83 | 180 | Filed objection of New York State School Boards Association through Robert J. Rader, Assistant Counsel. |
| 5-16-83 | 181 | Filed objection of Niagara County Legal Aid Society, Inc. through L. Robert Leisner, Senior Staff Attorney. |
| 5-16-83 | 182 | Filed objection of Helen Yellis. |

cont'd P.10

79 Civ. 5831  RLC

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| BARCIA, NIDIA, et. al. | | SITKIN, LOUIS, et. al. | DOCKET NO. _____<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-16-83 | 183 | Filed request of John F. Lombard. |
| 5-16-83 | 184 | Filed request of Gene Crescenzi on behalf of The Committee for Per Diem<br>Organization. |
| 5-17-83 | 185 | Filed objection of William Pilkington. |
| 5-17-83 | 186 | Filed objection of Harold Schantz. |
| 5-17-83 | 187 | Filed objection of Peter Breese. |
| 5-17-83 | 188 | Filed objection of Vernon W. Richardson. |
| 5-17-83 | 189 | Filed objection of Edward W. Kessler. |
| 5-17-83 | 190 | Filed objection of Richard Madden. |
| 5-17-83 | 191 | Filed objection of Marie M. Hitt. |
| 5-18-83 | 192 | Filed objection of Josephine Cardillo. |
| 5-18-83 | 193 | Filed objection of Brenda J. Rausch. |
| 5-18-83 | 194 | Filed objection of Donna Gilman. |
| 5-18-83 | 195 | Filed objection of Donald J. Barnett. |
| 5-19-83 | 196 | Filed objection of Sylvia Zellar. |
| 5-19-83 | 197 | Filed objection of Michael Frazier, Superintendent for Rhinecliff Union Free<br>School District. |
| 5-19-83 | 198 | Filed objection of Dudley Hare, Jr., Superintendent for Haldane Central School<br>District. |
| 5-19-83 | 199 | Filed objection of Nettie Lipton. |
| 5-19-83 | 200 | Filed letter from Judith L. Sephton, The Committee for Per Diem Organization. |
| 5-19-83 | 201 | Filed objection of Dennis J. Herwig. |
| 5-19-83 | 202 | Filed objection of Debra DeMeo. |
| 5-19-83 | 203 | Filed objection of Curtis Lundy. |
| 5-19-83 | 204 | Filed objection of Robert C. Weston. |
| 5-19-83 | 205 | Filed objection of Mary Leisenring Guererri. |

(CONTINUED)

cont'd 11-

79 Civ. 5831   RLC

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| BARCIA, NIDIA, et. al. | SITKIN, LOUIS, et. al. | PAGE 11 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-18-83 | 206 | Filed objection of Carole Ellen Curry. |
| 5-18-83 | 207 | Filed objection of Robert R. Middleton. |
| 5-20-83 | 208 | Filed objection of Karen M. Shack. |
| 5-20-83 | 209 | Filed objection of Elizabeth Sava. |
| 5-20-83 | 210 | Filed objection of Sharon Drakes. |
| 5-20-83 | 211 | Filed objection of Kathryn J. Tooredman for Vestal Central Schools. |
| 5-20-83 | 212 | Filed objection of Paul Ferrante. |
| 5-20-83 | 213 | Filed objection of Franklin R. Ottman for Rhinebeck Central School. |
| 5-20-83 | 214 | Filed objection of John J. Gilligan for Hampton Bays Schools. |
| 5-20-83 | 215 | Filed objection of Vincent J. Coppola, for West Seneca Central School District. |
| 5-20-83 | 216 | Filed objection of Kris M. Cali. |
| 5-20-83 | 217 | Filed objection of Mark V. Roland for Board of Cooperative Educational Services, Putnam & Northern Westchester Counties. |
| 5-20-83 | 218 | Filed objection of Marvin Usdin for John Santillo. |
| 5-23-83 | 219 | Filed objection of C.W. Thompson for Red Hook Central School District. |
| 5-23-83 | 220 | Filed objection of Blanche G. Etra for Morton D. Goldman. |
| 5-23-83 | 221 | Filed suppl. objections of Marvin Datz. |
| 5-23-83 | 222 | Filed objection of Charles S. Hobson for NY Tec Arborists. |
| 5-25-83 | 223 | Filed objection of Edward S. Nadzeika for Dutchess County Board of Cooperative Educational Services. |
| 5-25-83 | 224 | Filed objection of Andrew J. Cook, Jr. (of Cook, Tucker, Netter & Cloonan, P.C.) for Rondout Valley Central School, Accord, New York. |
| 5-25-83 | 225 | Filed objection of James I. Meyerson for Gwendolyn Elise Wilson. |
| 5-25-83 | 226 | Filed objection of Vladeck, Waldman, Elias & Engelhard, P.C. |
| 5-25-83 | 227 | Filed objection of William E. Fuller. |
| 5-26-83 | 228 | Filed objection of Richard Shaughnessy for Middle Country Central School District. |

Cont'd p12

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|

DOCKET NO. _____
PAGE ___ OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-27-83 | 229 | Filed objection of Dr. John P. Roche for South Orangetown Central School District. |
| 5-27-83 | 230 | Filed pltffs' affirmation of David Raff in support of entry of final judgment and response to objections. |
| 6-6-83 | 231 | Filed objection of Dr. Richard J. Caliendo for Elmont Union Free School District. |
| 6-6-83 | 232 | Filed objection of Gary Tannenbaum for Blue Cross/ Blue Shield of Greater NY. |
| 7-20-83 | 233 | Filed transcript of record of proceedings dated __3-1-83__ |
| 7-26-83 | 234 | Filed pltffs' memorandum in reply to the NYC Board of Education's opposition to Court approval of the proposed consent judgment. |
| 8-1-83 | 235 | Filed Opinion #55045...The settlement is approved.  CARTER, J. |
| 8-24-83 | 236 | Filed NOTICE OF APPEAL to the USCA-Second Circuit of Meryl Brodsky, on behalf of herself and other members of the class similarly situated, from the order entered 8-1-83.  copies to David Raff, Suite 220, 49-51 Chambers St., NYC 10007  Robert L. Becker, Puerto Rican Legal Defense & Education Fund, 95 Madison Ave., NYC 10016  James R. Sander, 260 Park Ave. South, NYC 10010 Beverly Gross, 140 Park Place, NYC 10007 and Robert Abrams, Two World Trade Center, NYC 10047. |
| 8-24-83 | -- | Copy of notice of appeal and docket entries forwarded to C.A. |
| 9-12-83 | 237 | Filed pltffs' affdvt of Robert L. Becker submitted solely to correct the record with respect to the claim of unequal representation made by Bienvenido Ruiz in his motion for leave to appeal in forma pauperis. |
| 9-13-83 | 238 | Filed pltffs' affirmation of David Raff in response to the motion of Bienvenido Ruiz to appeal in forma pauperis. |
| 9-14-83 | 239 | Filed Order that the Clerk of the Court enter the Consent Judgment and Decree as the judgment herein.  CARTER, J. |
| 9-14-83 | 240 | Filed defts' affdvt of Donald Sticklor in opposition to the consent decree approved 7-29-83. |
| 9-14-83 | -- | Judgment entered on consent decree(#60)...CLERK        m/n |
| 9-14-83 | 241 | Filed Opinion #55160...The settlement is approved.  CARTER, J. |
| 9-19-83 | 242 | Fld. pltffs. notice of motion & affdvt for an order of leave to appeal in forma pauperis. Ret. 9-23-83. |
| 9-21-83 | 243 | Filed True Copy of Order from the USCA-Second Circuit that the appeal from the order of 8-1-83 of the District Court is dismissed.  CLERK, USCA |

cont'd FF
13

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BARCIA, NIDIA, ET AL | SITKIN, LOUIS ET AL | 79 civ 5831 RLC<br>DOCKET NO. _____<br>PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-26-83 | 244 | Fld. pltffs/appellants NOTICE OF APPEAL to the USCA for the Second Circuit from the final judgment entered on 9-14-83. mailed notice to David Raff at 49-51 Chambers St. N.Y.C. 10007, James R. Sander at 260 Park Avenue South, NYC 10010, Beverly Gross at 140 Park Place, NYC 10007, Robert L. Becker at 95 Madison Ave NYC, 10016 and Robert Abrams at 2 World Trade Center NYC 10047 on 9-28-83. |
| 9-28-83 | --- | COPY OF NOTICE OF APPEAL FORWARDED TO DISTRICT JUDGE AND COPY OF NOTICE OF APPEAL AND DOCKET ENTRIES TO C.A. |
| 10-3-83 | --- | Fld. Memo-Endorsed on doc. #242... motion granted. CARTER, J. mn |
| 10-4-83 | 245 | Fld. pltffs. affdvt of Robert L. Becker to correct the record with respect to the claim of unequal representation made by Ruiz in his motion for leave to appeal in forma pauperis. |
| 2-22-84 | 246 | Filed Order...the Consent Judgment and decree entered on 9-14-83, is modified so that paragraph 67 is to read, as indicated...CARTER, J. |
| 2-27-84 | 247 | Fld. Stip & Order that the Appeal Board shall reopen and reconsider all cases in which claimants perfected appeals with the Appellate Division and in which that court rendered a decision adverse to claimant, etc. CARTER, J. |
| 3-8-84 | 248 | Fld. True Copy of Order from the USCA-Second Circuit that the appeal is withdrawn. CLERK, USCA |
| 7-26-84 | 249 | Filed Stip & Order for attys' fees and costs in the amount of $170,120.35... CARTER, J. |
| 9-12-84 | 250 | Filed Stip & Order that the amount of atty's fees and costs from 6-1-79 through 6-30-83 is $170,144.35...CARTER, J. |
| 9-28-84 | 251 | Fld. Stip & Order that defts shall pay to pltffs union and private counsel partial interim attys fees pending final resolution of the total interim fee request of $250,000.00, etc...CARTER, J. mn |
| 9-28-84 | 252 | Fld . Stip & Order thatthe total amount of attys fees is $20,611.25...CARTER,J. |
| 9-28-84 | 253 | Fld. Stip & Order for post judgment attys fees and costs...CARTER,J . |
| 9-27-84 | -- | Fld. Memo-Endorsed on doc. #45...dismissed as moot since parties have settled. CARTER, J. |
| 10-10-84 | 254 | Fld. pltffs notice of a demand/motion & aertification for a new hearing, etc. Ret. 10-12-84. |
| 11-16-84 | -- | Filed memo-endorsement on #254: Motion denied.  CARTER, J. |
| 12-18-84 | 255 | Filed notice of motion of the Gorilla Smoking Co. and Rueben D. Riley for an order directing defts to fully comply in all respects with the order of Judge Carter entered on 9-13-83. ret: 1-12-85 |

cont'd P.14

79 Civ. 5831  RLC

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| MUNICIPAL LABOR COMMITTEE, et al. | SITKIN, LOUIS, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-18-84 | 256 | Filed affdvt of Reuben D. Riley of the Gorilla Smoking Co., Inc. |
| 12-18-84 | 257 | Filed memorandum of the Gorilla Smoking Co. and Rueben D. Riley re rules and regulations governing practice and procedure before Administrative Law Judges and Appeal Board. |
| 12-18-84 | 258 | Filed memorandum of Rueben D. Riley of the Gorilla Smoking Co. re business corporation law. |
| 12-18-84 | 259 | Filed memorandum of Rueben D. Riley re settlement agreement. |
| 12-18-84 | 260 | Filed memorandum of Rueben D. Riley re the constitution of the United States. |
| 12-18-84 | 261 | Filed "letter authorizing agent to represent Employer and claimants" from Rueben D. Riley of the Gorilla Smoking Co.<br>(Gorilla Smoking & R. Riley) |
| 1-15-85 | 262 | Filed defts' affdvt of Judith Kramer in opposition to pltffs' motion to direct the defts to grant them representative status and to otherwise conform their conduct to state law. |
| 1-15-85 | 263 | Filed defts' memorandum in opposition to pltffs (Gorilla Smoking and R. Riley) motion to direct the defts to grant them representative status and to otherwise conform their conduct to state law. |
| 1-23-85 | 264 | Filed affirmation of Rueben D. Riley & motion of Gorilla Smoking Co. for an order allowing the action to be maintained as a class action, purs. to Rule 23(b)(2). ret: 2-8-85 |
| 2-4-85 | 265 | Filed claimant Gorilla Smoking Co.'s request that a certain letter from the National Republican Senatorial Committee be made part of the record. |
| 2-20-85 | 266 | Filed Stip & Order that the State of NY shall pay interest on the principal amount of $286,480.67 from 10-28-84 to 1-30-85, at the rate set forth in 28 USC 1961...CARTER, J. |
| 2-21-85 | 267 | Filed defts memorandum in opposition to pltffs' motion to direct the defts to grant them representative status and to otherwise conform their conduct to state law. |
| 2-21-85 | 268 | Filed endorsement order re pltffs' motion to direct the defts to grant them representative status and to otherwise conform their conduct to state law.... motion is dismissed...the parties are directed to seek relief in state court. CARTER, J.  (copies mailed to counsel) |
| 2-27-85 | 269 | Filed claimant Gorilla Smoking Co.'s notice of motion for reargument of order entered 2-21-85.  ret: 3-8-85 |
| 2-27-85 | 270 | Filed claimant Gorilla Smoking Co.'s memorandum in support of motion for reargument. |
| 2-27-85 | 271 | Filed affdvt of service of #269 and #270. |

Counted # p. 15

DC 111'A
(Rev. 1/75)

79 Civ. 5831  RLC

CIVIL DOCKET CONTINUATION SHEET                    FPI-MAR—7-14-80-70M-4398

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| RCIA, NIDIA, et al. | | SITKIN, LOUIS, et al. | PAGE 15 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3-7-85 | 272 | Filed Stip & Order for interim attys' fees...the State of NY shall pay to the pltffs' union and private counsel partial interim attys' fees, pending final resolution of the total interim fee request, of $500,000.00...CARTER, J. |
| 3-8-85 | 273 | Filed letter from Rueben D. Riley, Gorilla Smoling Co., Inc., addressed to Judge Carter, dated 3-6-85, that a copy of a letter from the Republican Presidential Task Force be included on the court docket. |
| 3-85 | 274 | Filed claimant Reuben D. Riley, Gorilla Smoking Co.'s motion for reargument of endorsement order entered 2-27-85. ret: 3-22-85 |
| 3-13-85 | 275 | Filed claimant Reuben D. Riley, Gorilla Smoking Co.'s memorandum in support of foregoing motion. |
| 3-14-85 | 276 | Filed Stip & Order for law student fees...Ordered that the State of NY shall pay to the pltffs' counsel $90,000.00 in full settlement of time spent by law students between 1979 and June 30, 1983...etc...CARTER, J. |
| 3-18-85 | 277 | Filed Stip & Order of areas of agreement, areas of disagreement, litigation schedule, etc..as indicated..CARTER, J. |
| 3-27-85 | --- | Filed memo-endorsement on #269:  Motion denied in all respects.  CARTER, J. (copies mailed) |
| 3-27-85 | --- | Filed memo-endorsement on #274:  Motion denied in all respects.  CARTER, J. (copies mailed) |
| 6-7-85 | 278 | Filed Stip & Order that the time period for review of case files set forth in par. 42 of the consent judgment is hereby amended, as indicated...CARTER, J. |
| 6-24-85 | 279 | Filed subpoena w/affirmation of service--served upon: Unemployment Insurance Appeal Board and New York Dept. of Law, Employment & Security Bureau BY ? on 6-24-85 |
| 7-85 | 280 | Filed  order that the subpoena duces tecum is stayed..So Ordered..Carter, J.  cm |
| 10-11-85 | 281 | Filed pltffs Affdvt & Notice of Motion for an order sixing reasonable hourly rate for services performed...etc..as indicated... RET: 1-31-86 |
| 10-11-85 | 282 | Filed pltffs Memo of Law in support of motion for attys' fees. |
| 12-12-85 | 283 | Filed Stip & Order that the state of NY pay to pltffs' private counsel $216,530.79 representing interim partial payment of $207,168.21 in post judgt attys' fees & interim partial payment of $9,359.58 in post judgt costs claimed by pltff's private counsel...etc..as indicated..motion for contempt by pltffs is adj. to 1-13-86..So Ordered..Carter, J. |

Cont'd #16.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | | DEFENDANT | | |
|---|---|---|---|---|
| | | | DOCKET NO. _____ | |
| | | | PAGE 16 OF _____ PAGES | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1-14-86 | 284 | Filed Stip & Order that pltffs' motion for contempt is adj. to 1-20-86...So Ordered Carter, J. |
| 1-22-86 | 285 | Filed pltffs Suppl. affdvt of David Raff in support of pltffs' application for attys' fees. |
| 2-10-86 | 286 | Filed Stip & Order that pltffs motion is adj. to 4-25-86..defts answering papers be served & filed by 3-14-86..pltffs reply papers if any be served & filed by 4-25-86....So Ordered..Carter, J. |
| 3-20-86 | 287 | Filed Order that defts time to serve & file answering papers to pltffs pending motion is ext to 3-19-86..pltffs time to serve & file reply papers ext to 4-30-86..Ward, J. |
| 3-24-86 | 288 | Filed defts affdvt of Timothy Coughlin in opposition to pltffs motion. |
| 4-14-86 | 289 | Filed STip & Order for post judgt attys' fees & costs..So Ordered..Carter, J. |
| 4-16-86 | 290 | Filed pltffs affdvt & Notice of motion for contempt.          RET:--25-86 |
| 4-16-86 | 291 | Filed pltffs memo of law in support of #290 |
| 4-29-86 | 292 | Filed Stip & order that pltffs' motion for contempt is adj. to 4-25-86..So Ordered Carter, J. |
| 5-1-86 | ---- | Filed Memo Endorsed...motion is dismissed as moot...So Ordered..Carter,J. |
| 5-1-86 | 293 | Filed STip & Order for post judgt attys' fees & costs....Carter, J. |
| 5-2-86 | 294 | Filed pltffs affdvt & Notice of Motion for an order precluding defts from filing memo of law etc..etc.          RET: 5-16-86 |
| 5-2-86 | 295 | Filed pltffs Memo of Law in support of 294 |
| 5-20-86 | 296 | Filed Stip that pltffs' motion to preclude is adj. to 5-30-86..So Ordered.. Carter, J. |
| 5-27-86 | 297 | Filed pltffs affdvt & Notice of Motion for an order to reinstate claimant to his rightful & tenured employment position.          RET: 5-30-86    9:30am |
| 5-29-86 | 298 | Filed defts Dobbs Ferry Union affdvt of Stephen Perelson in oppostion to a Notice dtd 5-16-86. |
| 6-2-86 | 299 | Filed state defts affdvt of Judith Gordon in opposition to motion of Hirsch. |
| 6-10-86 | 300 | Filed Memo Endorsed..the decree in Mun. Labor Comm V Sitkin, is limited to the establishment of uniform procedures to be followed when claims for unemployment ins. benefits are made..those benefits remain issues of state law to be determined in state proceedings..motion is dismissed..So Ordered Carter, J.          cm |
| 6-17-86 | 301 | Filed pltff Hirsch Notice of Withdrawal of motion ret. 5-30-86. |

cont'd #17

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| NIDIA BARCIA ET AL | LOUIS SITKIN   ET AL | 79 civ 5831RLC<br>DOCKET NO. _____<br>PAGE 7 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-25-86 | 302 | Filed STip & Order that the State of NY pay to pltffs' private attys, D. Raff & R. Becker the sum of $55,685.90...etc..as indicated..Carter, J. |
| 6-25-86 | 303 | Filed Stip & Order that defts' memo in opposition to pltffs' motion for attys' fees & costs be served & filed by 6-27-86..etc..as indicated..Carter, J. |
| 7-8-86 | 304 | Filed defts' memo of law in pltffs' motion for attys' fees. |
| 7-15-86 | 305 | Filed defts suppl. affdvt of Timothy Coughlin to the undertaking of his earlier affdvt. |
| 8-14-86 | 306 | Filed Stip & Order that the sum of $11,848.70 representing payment of $11,134.30 in post judgt attys fees & payment of $714.40 in post judgt costs claimed by Raff & Becker for the Month of 5-86..etc..as indicated..So Ordered..Carter, J. |
| 10-3-86 | 307 | Filed pltffs reply memo of law in support of motion for attys fees. |
| 10-3-86 | 308 | Filed pltffs reply affdvt. |
| 10-7-86 | 309 | Filed Stip & Order for post-judgt attys fees & Costs..Carter, J. |
| 11-5-86 | 310 | Filed Stip & Order for post judgt attys fees...STate of Ny pay Barcia pltffs attys the sum of $10,900.00 in post-judgt attys fees & costs..So Ordered.. Carter, J. |
| 1-20-87 | 311 | Filed Stip & order for post-judgt attys fees & costs....So Ordered Carter, J. |
| 1-30-87 | 312 | Filed Stip & Order for post-judgt attys fees & costs..So Ordered Stewart, J.   Pt 1 |
| 4-2-87 | 313 | Filed Stip & Order for post-judgt attys fees & costs...So ordered..Carter, J. |
| 5-21-87 | 314 | Filed Stip & order NYS pay to David Raff the sum of $14,760.65 representing payment of $14,404.86 in post judgt attys fees and payment of $355.79.. in post judgt costs claimed by David Raff for the month of 12-86...etc.. as indicated....So Ordered..Carter, J.                    PA |
| 6-24-87 | 315 | Filed Stip & Order for post-judgt attys fees and costs..state of NY pay to David Raff the sum of $17,619.00 in post judgt costs claimed by David Raff...etc Carter, J. |
| 8-20-87 | 316 | Filed Stip & Order that State of NY pay to David Raff the sum of $15,599.10..and pay interest....So Ordered..Carter, J.       PA |
| 8-20-87 | 317 | Filed Stip & order that State of NY pay to David Raff the sum of $17,287.23..plus interest...So Ordered..Carter, J.           PA |
| 9-3-87 | 318 | FiledStip & Order for post judgt attys fees & costs to pay David Raff the sum of $11,804.81 in post judgt costs..So Ordered..Carter, J.        PA |
| 10-5-87 | 319 | Filed STip & order that the State of NY pay David Raff $14,182.97 post judgt costs State will pay interest to David Raff...So ORdered..Carter, J.        PA |

Cont'd 18

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79 Civ 5831 RLC |
|---|---|---|
| NIDIA BARCIA,ET AL | LOUIS SITKIN,ET AL | PAGE 18 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-4-87 | 320 | Fld. Stip & Order that The State of New York shall pay to David Raff the sum of $14,670.73 representing payment of $14,365.79 in post judgment attys' fees & payment of $304.94 in post judgment costs claimed by David Raff for the month of September 1987.The State of NY shall pay interest,pursuant to 28 USC 1961 to David Raff on the amt. stated from 11-1-87 until the date of payment.Payment of the sums due satisfies all pltffs' claims for attys' fees & costs for their private attys for the period from 9-1-87 through 9-30-87,etc...So Ordered,Carter,J    AL |
| 12-17-87 | 321 | Fld. Stipb & Order for post judgment attys fees and costs in the sum of $14,387.87 claimed by David Raff for the month of October 1987...CARTER,J.    jl |
| 1-15-88 | 322 | Fld. Stip & Order for Post-Judgment Attys' Fees & Costs that the State of NY shall pay to David Raff the sum of $13,255.64 claimed by David Raff for the month of November 1987 & they shall pay interest to him on that amt. from 1-1-88 until the date of payment...So Ordered,Carter,J    AL |
| 1-27-88 | 323 | Fld. OPINION #62092 for the following reasons:Pltffs are entitled to interest dating from 3-5-85 on any amounts due under the interim agreement which have not been paid.Pltffs are also entitled to attys' fees for time spent on this application. Settle Order...Carter,J (Copy sent to ≈ A) cmc    AL |
| 3-2-88 | 324 | Fld. Stip & Order that the State of New York shall  pay to David Raff the sum of $11,279.58 representing payment of $11,011.52 in post judgmetn attys fees and payment of $268.06 in post judgment costs claimed by David Raff to the month of December 1987...CARTER,J    jl |
| 3-4-88 | 325 | Fld. Stip & Order that the State of NY shall pay to David Raff the sum of $15,257.88 representing payment of $14,917.04 in post judgmnet attys fees and payment of $340.84 in post judgmnet costs claimed by David Raff for the month of January 1988. etc" CARTER, J.    jl |
| 3-14-88 | 326 | Fld. CORRECTED OPINION 62092...ptiffs are entitled to interest dating from 3-5-85 on any amounts due under the interim agreemeent which have not been paid. Pltffs are also entitled to attys fees for time spent on this applcation. Settle Order. CARTER,J. cm    jl |
| 4-6-88 | 327 | Fld. Stip & order that the State of New York shall pay to David Raff the sum of $12,801.24 representing payment of $12,517.34 in post judgment attys fees and payment of $283.90 in post judgment costs claimed by David Raff for the month of February 1988...CARTER,J"    jl |
| 4-15-88 | 328 | Fld. JUDGMENT #88,0709...Ordered that the State of NY on behalf of defts shall pay to the Law Offices of David Raff the principle amount of $212,304.75, pre judgment interest purs. to 26 USC 6621 on $212,304.75 from 3-5-85 to the date of entry of this judgment and post judgment interest purs. to 28 USCx 1961 upon the total amount of 1 and 2 above until the date of payment, such payment to be made no later than 60 days after entry of this judgment. CARTER, J. EOD on 4-19-88. jl |
| 6-2-88 | 329 | Fld. True copy of Mandate from the USCA,2nd-CIR.,The APPEAL IS DISMISSED.. Clerk, USCA-2nd CIR.  (copy to chambers) |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Nidia BArcia    et al. | Louis sitkin et al. | DOCKET NO. ~~79-5831(RLC)~~ <br> PAGE 19 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4-28-88 | 329 | Fld. Stip. & Order for Post-judgment Atty's fees & Costs; The state of N.Y. shall pay to David Raff(PLtffs. atty) the sum of $16,959.88 total for the month of 3-88. The state of N.Y. shall pay interest purs. to 28: 1961 to David RAff , the amt. listed above from 5-1-88 until the date of pasyment. The check should be made payable to David Raffe and mailed to Suite 220, 4951 Chambers St. N.Y.C. 10007. Payment dueis conditioned onthe approvals by Public Officers Law 17. The payment satisfies all pltffs. claim of attys. fees & costs for 3-1-88 to 3-31-88, ........ So Ordered... Carter, J.                                                    CT |
| 5-16-88 | 330 | Fld. Notice of Appeal  to the USCA-2nd CIR. of the judgment of 4-15-88. copies mailed to : Robert Abrams 120 Broadway, New York, N.Y. 10271 & to David Raff, 49-51 Chambers Street, N.Y. 10007  (copy to chambers)                      CT |
| 5-26-88 | 331 | Fld. Notice of appeal to the USCA-2nd CIR. from the Opinion of 1-21-88, 3-11-88 & Order of 4-15-88. Copies mailed out to: robert Abrams, 120 Broadway, NYC, 10271 & copy to chambers.                                                            CT |
| 6-6-88 | 332 | Fld. Stip. & Order for post-judgment Attys. Fees & Costs; The state of N.Y. shall pay to David Raff. ESQ. the sum of $20,755.32. payment of the sum due is subjected to the approvals required by Public officers law.                    C |
| 6-17-88 | 333 | Fld. True Copy of Notice of Motion for reinstatement of Appeal from the USCA, 2d Cir.... the Motion is granted.  Clerk, USCA,2d Cir.  Eod 6-21-88    CT copy to chambers |
| 7-11-88 | 334 | Fld . Stip. & Order that the State of NY shall pay David Raff the sum of $18,555.38 total for post judgment attys. fees & costs. Payment shall be made according to the stip. w/in. Carter,J.                                          CT |
| 7-22-88 | 335 | Fld. True Copy of Order of Mandate from the USCA-2d cir. that the appeal & cross -appeal is withdrawn , w/o prej. to reinstaetment of apPEAL by 8-22-88.  IF not reinstated, the appeal is withdrawn w/ prej. Clerk, USCA-2d cir. copy to chambers. C |
| 9-12-88 | 336 | Fld. True Copy of Order of MAndate from the USCA-2d cir. that extension to reinstatement of appeal by notice to the clerk in writing by 9-13-88, if not reinstated, it shall be deemed withdrawn w/ prej. CLerk, USCA-2d cir.   CC    ct |
| 9-26-88 | 337 | Fld. Stip. & Order for judgment attys' fees & costs; The state of NY shall pay the sum of $17,205.86 to David Raff, payment is conditioned on the approvals required by Public Officers Law 17.  Carter,J.                                  ct |
| 10-6-88 | 338 | Fld. Stip. & Order for post- judgment Atty's fees & Costs; The State of N.Y. shall pay to D. Raff the sum of $11,734.51 in post judgment attys' fees & payment of $267.78 in post judgment costs claimed by D. Raff for 8-88.  Carter,J. ct |
| 10-24-88 | 339 | Fld. True Copy of Order of Mandate from the USCA-2d cir. that the appeal is continued as it was on 9-16-88 subj. to reinstatement by noticeto the clerk in writing by 10-17-88 & deemed withdrawn w/ prej. if not reinstated.  Clerk, USCA-2d cir.                            copy to chambers.                 ct |
| 10-25-88 | 340 | Fld. True Copy of letter from the USCA-2d cir. dtd. 10-14-88 from D Raff in re; Request for cross-appeal to be reinstated. eod 10-25-88    copy to chambers ct Clerk, USCA-2d cir. |
| 10-25-88 | 341 | Fld. True Copy of Notice from the USCA-2d cir.  that this action is reinstated for appeal w/o costs & w/o prej. purs. to terms of stip. of 9-16-88. eod 10-25-88 Clerk, USCA-2d cir.                        copy to chambers.        ct |

Contd #20 .

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| Nidia Barcia, et. al. | Louis Sifkin, et al | 79 cv 5831 RLC  PAGE OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-7-88 | 342 | Fld. **STIP & ORDER** for Post-Judgment Atty's fees & costs that the NY State shall pay the sum of $19,148.92 total for post judgment fees & costs claimed by D. Raff for 6-88.  Carter,J.                                                          ct |
| 11-7-88 | 343 | Fld. **STIP. & ORDER** that the State of N.Y. Shall pay the total sum of $13,771.19 claimed by D. Raff for the month of 9-88 for post-judgment fees & costs.   Carter,J.                                                         ct |
| 12-12-88 | 344 | Fld. Stip. & Order that    State of N.Y. shall pay to D. Raff the sum of $11,907.41 claimed by David Raff for month of 10-88, payment of said amt. satisfies all claims for attys' fees for 10-88. CARTER,J.                          ct |
| 12-16-88 | 345 | Fld. True Copy of Order of Mandate from the USCA-2d cir. that the appeal is withdrawn w/o prej. to reinstatment of appeal by any party in writin by 2-1-89.     Clerk, USCA-2d cir.      eod 12-20-88      copy chambers           ct |
| 1-11-89 | 346 | Fld. Stip & Order for Post-Judgt atty fees & Costs: the State of N.Y. shall pay D. Raff the sum of $12,583.32 fro the month of 11-88.  CARTER,J.            ct |
| 1-27-89 | 347 | Fld. Stip & Order that the State of N.Y. shall pay to D. Raff the sum of $14,019.81 for post judgt attys' fees for the month of 12-88.   CARTER,J.           ct |
| 2-6-89 | 348 | Fld. True Copy of Order of Mandate from the USCA-2d cir. that  the appeal is withdrawn w/ o prej., subj. to reinstatemnt by 3-3-89.   Clerk, USCA 2d cir.                                    copy to chambers                   ct |
| 3-2-89 | 349 | Fld. Stip & ORDER that The State of N.Y. Shall pay D. Raff the sum of $12,127.21 for post judgt fees & costs for the month of January 1989.  CARTER,J.      cr |
| 3-21-89 | 350 | Fld. True Copy of Order of Mandate from the USCA-2d cir. that the parties stipulate to the withdrawal of appeal w/o costs & w/o attys' fees, subj. to reinstatement by 3-22-89.  Clerk USCA-2d cir.  eod 3-22-89    cc          ct |
| 3-23-89 | 351 | Fld.  **STIP & ORDER** for post-judgt atty's fees & costs that the state of N.Y. shall pay D. Raff, Esq. the sum of $10,274.42 total for the month of 2-89.  The state shall also pay interest from 4-1-89 until date of payment.  CARTER,J.  ct |
| 3-28-89 | 352 | Fld. Stip & Order, the State of N.Y. shall pay the principal sum of $397,362.09 as supplemental atty's fees, $86,540.75 & increased fees for the services David Raff provided during the litigation, etc. & the 4-15-88 judgment is vacated & in its stead, the parties shall be bound by this superseding stip & order..Carter,J          md |
| 5-1-89 | 353 | Fld. STIP & ORDER that the State of N.Y. shall pay D. Raff the total sum of $22,511.02 for post judgt atty's fees & costs for the month of 4-89.     CARTER,J.                                                                    ct |
| 8-22-89 | 354 | Fld. STIP & ORDER that the State of N.Y. shall pay D. Raff the sum of $20,597.70 for the month of 5-89.      CARTER,J.                                       ct |

contd # 21

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79 cv 5831 (RLC) |
|---|---|---|---|
| Barcia, Nidia et.al. | | Louis Sitkin et.al. | PAGE 21 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-22-89 | 355 | Fld. STIP & ORDER that the State of N.Y. shall pay D. Raff the sum of $19,339.85 for costs for the month of 3-89. The sum of $13,930.00 shall also be paid by NY State to D. Raff . The sum shall be paid as indicated within. CARTER,J. ct |
| 8-22- 89 | 356 | Fld. STIP & ORDER that the State of NY shall pay D. Raff the sum of $22,033.87 for costs & fees. for the month of 6-89. CARTER,J. ct |
| 9-26-89 | 357 | Fld. Stip & Order that the State of N.Y. shall pay to D. Raff in the sum of $21,514.86 in post judgt fees & costs for the month of 7-89. CARTER,J. ct |
| 10-11-89 | 358 | Fld. STIP & ORDER that the State of N.Y. shall pay to D. Raff the sum of $23,472.55 representing payment of post-judgt fees for the month of July & August. CARTER,J. ct |
| 11-20-89 | 359 | Filed Stip & order for post judgt attys fees & cost...State of NY pay to David Raff sum of $22,786.89 for post judgt costs claimed by D. Raff..So Orderd.. Carter, J. PA |
| 11-22-89 | 360 | Fld. STIP & ORDER that the State of N.Y. shall Pay D. Raff the sum of $22,776.38 in post judgt costs for the month of 9-89. CARTER,J. ct |
| 12-22-89 | 361 | Fld. STIP & ORDER that The State of N.Y. shall pay D. Raff the sum of $ 22,555.55 for post -judgt fees & costs for the month of 11-89. CARTER, J. cmc ct |
| 1-18-90 | 362 | Fld. STIP & ORDER that the state of N.Y. shall pay D. Raff the sum of $21,554.15 for post judgt fees & costs for the month of 12/89. CARTER,J. ct |
| 3/12/90 | 363 | fld. STIP..The State of N.Y. shall pay to David Raff the sum of $20,862.59, representing payment of $20,509.75 in post judmgent attorneys' fees an payment of $352.84 in post judgment costs claimed by David Raff for the month of Jan. 1990..ETC..CARTER J. DO |
| 4/9/90 | 364 | Fld. STIP.. that the state of N.Y. shall pay plainiffs attorney the sum of .....ETC... CARTER J, DO. |
| 5/17/90 | 365 | Fld. STIP.., that the State of N.Y. shall pay plaintiffs private attorney the sum of $20,926.95...etc..CARTER J, DO. |
| 8/3/90 | 366 | Fld. STIP.. that the State of N.Y. shall pay plaintiffs' private attorney the sum of 23,479.65...etc.. CARTER J, DO. |
| 8/21/90 | 367 | Fld. STIP..,that the State of N.Y. shall pay plaintiffs private attorney the sum of #21,880.75...ETC..CARTER J, DO. |
| 8/27/90 | 368 | Fld. STIP.., that the State of N.Y. shall pay plaintiffs private attorney the sum of #20,279.34.. etc...CARTER J, DO. |
| 11-7-90 | 369 | Fld. STIP & ORDER FOR POST JUDGMENT ATTNYS' FEES & COSTS incurred in the captioned consolidated cases.The State of NY shall pay pltffs' private attny the sum of $18,117.85 under 42 USC 1988.The State of NY shall pay interest under 28 USC 1961 on the sum under para. 1 from 11/1/90 until the date payment is amde,etc...SO RODERED,CARTER,J. MK |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/31/91 | 370 | Fld. STIP..,that the State of N.Y. shall pay plaintiffs private attorney the sum $24,167.78 for the month of Oct. $23,355.88 for Nov. $20,906.39 for Dec....etc.. CARTER  J,                                                                          DO. |
| 2/25/91 | 371 | Fld. STIPULATION AND ORDER FOR POST JUDGMENT ATTORNEYS' FEES AND COSTS ..THE STATE OF NEW YORK SHALL PAY PLTFFS' PRIVATE ATTORNEY THE SUM OF $23,617.45 under 42 U.S.C. S 1988..THE STATE OF NEW YORK SHALL PAY INTEREST UNDER U.S.C. S 1961 ON THE SUM DUE UNDER PARAGRAPH 1 FROM 4/1/91 UNTIL THE DATE PAYMENT IS MADE..SO ORDERED..CARTER,J.       JR |
| 4/2/91 | 372 | Fld. STIP.., AND ORDER.., that the state of N.Y. shall pay plaintiffs private attorney the sum of $23,786.87...etc...CARTER  J,              DO. |
| 5/28/91 | 373 | Fld. Stip.  that the State of N.Y. shall pay plaintiffs private attorney the sum of $22,477.39 ...etc....CARTER   J,                        DO. |
| 8/29/91 | 374 | Fld. STIP.., that the State of N.Y. shall pay palitniffs attorney the sum  of $24,333.73...etc....CARTER  J,                                  DO. |
| 8/29/91 | 375 | Fld. STIP.., that the State of N.Y. shall pay plaintiffs private attorney the sum of $26,046.06 ...etc..                                      DO. |
| 10/28/91 | 376 | Fld. STIP. that the state of N.Y. shall pay to plaintiffs' private attorney the sum of $22,327.29 ....etc ..   CARTER    J,                  DO. |
| 12/6/91 | 377 | Fld. STIP.., that the state of N.Y. shall pay plaintiffs' private attorney the sum of $23,138.13....etc......, CARTER   J,                   DO. |
| 12/16/91 | 378 | Fld. STIP.., that the State of N.Y. shll pay plaintiffs' private attorney the sum of  $20,234.41....etc...CARTER   J,                        DO. |
| 1-27-92 | 379 | Fld STIP & ORDER FOR POST JUDGMENT ATTY FEES & COSTS, that the state of NY shall pay the sum of 22,455.26...etc...SO ORDERED CARTER, J,            CD |
| 1-28-92 | 380 | Fld STIP & ORDER FOR POST JUDGMENT ATTY FEES & COSTS, that the state of NY  CD shall pay pltff the sum of 25,092.90...SO ORDERED CARTER, J. |
| 6/12/92 | 381 | Fld stip & order: defts shall pay pltff attorney David Raff  the sum of $19,512.15... CARTER,J                                                JH |
| 6/12/92 | 382 | Fld stip & order forpost judgment atty fees & costs,  The State of NY shall pay pltffs atty Raff & Becker the sum of 18.575.68 etc...CARTER,J     JH |
| 6/12/92 | 383 | Fld stip & order for post judgment atty fees & costs, The State of NY shall pay pltffs atty Raff & Becerkt he sum of 24,496.40 etc...CARTER,J     JH |
| 6/12/92 | 384 | Fld stip & order for post judgment atty fees & costs, The State of NY shall pay pltffs atty David Raff the sum of $23,264.56 etc...CARTER,J       Jh |
| 7/8/92 | 385 | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $19,974.20 representing $19,649.64 in attorneys' fees and $324.56 in costs for the billing month of May 1992; and that the State of New York shall pay interest on the amount due under paragraph 1 from 8/2/92 until the date payment is made etc. So Ordered. CARTER,J. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                          (RLC)

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| NIDIA BARCIA et al | LOUIS SITKIN et al. | DOCKET NO. 79-5831 <br> PAGE 23 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/27/92 | 386 | Fld. Stip. & Order for Post-Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $21,603.11, representing $21,080.38 in attorneys' fees and $522.73 in costs for the billing month of June 1992; and that the State of New York shall pay interest on the amount due in paragraph 1 from September 1992 until the date payment is made., etc. So Ordered. CARTER,J.                              SC |
| 9/1/92 | 387 | Fld. stip. & Order for Post-Judgment Attorneys' fees & costs...that the State of New York shall pay pltffs' private attorneys the amount of $20,472.65 under 42: 1988, representing $20,033.63 in attorneys' fees and $439.02 in costs for the billing month of July 1992; and that the State of New York shall pay interest on the amount due under paragraph 1 from 10/1/92 until the date payment was made etc. CARTER,J.                              SC |

FRC-G004165a
Box-12      Book-3
Acc#-21-91-005

DY, 111A
(Rev. 1/7)

ORIGINAL DOCKET SHEET MISSING
CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| NIDIA BARCIA et al. | LOUIS SITKIN et al. | 79-5831 RLC |
| | | DOCKET NO. _____ |
| | | PAGE 24 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/5/92 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $24,094.98 etc. representing $23,648.50 in attorneys'fees and $446.48 in costs for the billing month of August 1992; and that the State of New York shall pay interest on the amount due under paragraph 1 from 11/1/92 until the date payment is made etc. So Ordered. OWEN,J.        SC |
| 11/4/92 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $23,481.65 etc., representing $22,901.25 in attorneys' fees and $580.40 in costs for the billing month of September, 1992; and that the State of New York shall pay interest on the amount due under paragraph 1 from 12/1/92 until the date payment is made etc. So Ordered. CARTER,J.        SC |
| 11/24/92 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $26,827.55, representing $26,247.50 in attorneys' fees and $580.05 in costs for the billing month of October,1992; and that the State of New York shall pay interest on the amount due under paragraph 1 from 1/1/93 until the date payment is made etc. So Ordered. CARTER,J.        SC |
| 12/22/92 | – – | Fld. Pltffs' Memorandum in support of Motion for a Finding of Contempt. |
| 12/22/92 | – – | Fld. Pltffs' Notice of Motion for an order finding Defendants in civil contempt for violations of the Consent Judgment, as modified etc.; granting declaratory judgment as to the following issues concerning the interpretation or implementation of language of the Consent Judgment (as indicated).   RET: 1/15/93      sc |
| 12/22/92 | – – | Fld. Pltffs' Affidavits of the following in support of Plaintiffs' Motion: J. Pagano, S. Bill, D. Rivera, J. Shenkman, Cleveland Robinson, G. Dunbar, J. Bloom, S. Phelan and M. Spector.      sc |
| 12/22/92 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $23,028.10 representing $22,578.50 in attorneys' fees and $449.60 in costs for the billing month of November, 1992; and that the State of New York shall pay interest on the sum under paragraph 1 from 2/1/93 until the date payment is made etc. So Ordered. CARTER,J. |
| 3/31/93 | – – | Fld. Stip. & Order for Post-Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $23,139.45 etc., representing $22,611.00 in attorneys' fees and $528.45 in costs for the billing month of February, 1993; that New York State shall pay interest on the amount due under paragraph 1 from 5/1/93 until the date payment is made etc. So Ordered. CARTER,J. sc |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ PAGE 25 OF _____ PAGES |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/15/93 | – – | Fld. Stip. & Order for Post-Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the sum of $25,157.16, representing $24,681.00 in attorneys' fees and $476.16 in costs for the billing month of March, 1993; and that the State of New York shall pay interest on the amount due under paragraph 1 from 6/1/93 until the date payment is made etc. So Ordered.CARTER,J. |
| 5/25/93 | – – | Fld. Stip. & Order for Post Judgment attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $27,474.53 etc., representing $26,867.50 in attorneys' fees and $607.03 in costs for the billing month of April, 1993; and that the State of New York shall pay interest on the sum due under paragraph 1 from 7/1/93 until the date payment is made etc. CARTER,J.          sc |
| 7/15/93 | – – | Fld. Pltffs' Second Supplemntal Notice of Motion for an order finding the members of the NY State Unemployment Insurance Appeal Board in civil contempt etc.} enforcing the modified Consent Judgment etc. RET: 8/6/93          SC |
| 7/15/93 | – – | Fld. Pltffs' Memorandum in support of Second Supplemental Motion for a Finding of Contempt.  sc |
| ~~9/1/93~~ | ~~– –~~ | ~~Pltffs' Notice of Motion for an order establishing guidelines under which parties shall conduct themselves during pltff's informal discovery etc. RET: 9/24/93~~ In Error –          SC |
| ~~9/2/93~~ | ~~– –~~ | ~~Fld. Pltffs' Memorandum in support of Third Supplemental Motion for a Finding of Contempt.          sc~~ |
| 9/16/93 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York pay pltffs' private attorneys the sum of $27,233.89 under 42: 1988, representing $26,853.50 in attorneys' fees and $380.39 in costs for the billing month of July, 1933 etc. So Ordered. CARTER,J. |

FRC - 600 41652
Box - 12
Acc# 21-91-005
Book - 3

DC-111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79-5831 |
| --- | --- | --- | --- |
| Nidia Barcici et al | | Louis Sitker et al | PAGE 26 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| 2/1/93 | -- | Fld stip & order pltff's private attys Raff & Becker and the atty for defts, The Stae of Ny shall pay pltff's private attys the sum of $23,313.96 etc                                                        JH |
| 2/18/93 | -- | The Stae of Ny shall pays pltffs private attys the fum os $23,598.23 etc                                                                                        JH |
| 3/25/93 | - - | Fld. Pltffs' Supplemental Notice of Motion for an order enforcing pa-ragraph 28 of the Consent Judgment and Decree in this case. RET:3/16/93 |
| 3/26/93 | - - | Fld. Pltffs' Memorandum of Law in support of their supplemental motion seeking enforcement of the Consent Judgment.    SC |
| 7/30/93 | - - | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $24,832.66 etc., representing $24,287.00 in attorneys' fees and $545.66 in costs for the billing month of June, 1993; and that the State of New York shall pay interest on the sum due under paragraph 1 from 9/1/93 until the date payment is made etc. So Ordered. CARTER,J. sc |
| 8/10/93 | - - | Fld. Defendants' Memorandum of Law in opposition to Pltffs' Motion for Contempt & for Other Relief.    (ND: 8/10/93  4:14 p.m.)   sc |
| 8/10/93 | - - | Fld. Defts' Affidavit of Roger W. Gerby with Exhibits A,B, & C in opposition to Pltffs' Motion for Contempt & for Other Relief. (ND: 8/10/93 4:14  p.m.)          SC |
| 8/10/93 | - - | Fld. Defts' Affidavit of Timothy J. Coughlin with Exhbits A Through I (Under Separate Cover) in opposition to Pltffs' Motion for Contempt & for Other Relief.    (ND:  8/10/93  4:14 p.m.)          SC |
| 9/1/93 | - - | Fld. Pltffs' Notice of Motion for an Order establishing guidelines under which parties shall conduct themselves during pltff's informal discovery etc. RET: 9/24/93 sc |
| 9/2/93 | - - | Fld. Pltffs' Memorandum in support of Third Supplemental Motion for a Finding of Contempt.  sc |
| 9/7/93 | - - | Fld. Pltffs' Third Supplemental Notice of Motion for an Order finding the members of the New York State Unemployment Insurance Appeals Board in civil contempt etc. RET: 9/24/93          sc |
| 9/7/93 | - - | Fld. Pltffs' Memorandum in support of Third Supplemental Motion for a Finding of Contempt.       SC |
| 9/21/93 | - - | Fld. Stip. & Order for PostJudgment Authorities' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount $22,853.80 etc., representing $22,140.50 in attorneys' fees and $443.30 in costs for the billing month of August, 1993; and that the State of New York will pay interest on the amount due under paragraph 1 from 11/1/ 93 until the date payment is made etc. So Ordered. CARTER.J. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
| | | | PAGE 27 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 9/1/93 | – – | Fld. Pltffs' Memorandum of Law in support of Pltffs' Motion for an Order Issuing Guidelines for Conducting Informal Discovery of Defts' Employees |
| 10/6/93 | – – | Fld. Memorandu m to Docket Clerk...Pre-trial Conference held on 9/29/93. ...Submitted by C. McCullough                                    SC |
| 10/14/93 | – – | Fld. Defts' Affidavit of Timothy J. Coughlin in opposition to Pltffs' Motion for Court Approval of Informal Interview Guidelines.      SC |
| 10/14/93 | – – | Fld. Defts' Memorandum of Law in opposition to Pltffs' Motion for an Order Issuing Guidelines for Conducting Extraordinary Discovery of Defts' Employees.                                    SC |
| 10/25/93 | – – | Fld. Stip. & Order for Post Judgment Attorneys' Fees & Costs...that the State of New York will pay pltffs' private attorneys the amount of $24,015.35 etc., representing $23,579.50 in attorneys' fees and $435.85 in costs for the billing month of Sept.,1993; and that the State of New York shall pay interest on the amount due under paragraph 1 (as indicated) from 12/1/93 until the date payment is made etc. So Ordered. CARTER,J.                    SC |
| 10/25/93 | – – | Fld. Pltff's, Municipal Labor Committee, Reply Affirmation in reply of David Raff defendant Unemployment Insurance Appeal Board's Papers opposing pltff's motion for rules etc.  sc |
| 10/25/93 | – – | Fld. Pltffs' Reply Memorandum of Law in reply to defts' opposition to pltffs' motion for an order for guidelines etc. sc |
| 11/12/93 | – – | Fld. Defts' Affidavit of Timothy J. Coughlin in opposition to Pltffs' Three Supplemental Motions for Contempt & Alternative Relief.  (ND: 11/12/93  5:36 pm)   sc |
| 11/12/93 | – – | Fld. Defts' Memorandum of Law in opposition to Pltffs' Supplemental Motions Numbers One Through Three.  (ND: 11/12/93  5:36 pm)  sc |
| 11/12/93 | – – | Fld. Defts' Exhibits to Affidavit of Timothy J. Coughlin in opposition to Pltff's Three Supplemental Motions for Contempt & Alternative Relief.  (ND: 11/12/93  5:36 p.m.)   sc |
| 12/13/93 | – – | Fld. Stip. & Order for Post-Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $22,290.30, representing $22,290.32 in attorneys' fees and $402.66 in costs for the billing month of October, 1993; the State of New York shall pay interest on the sum due under paragraph 1 from 1/1/94 until the date payment is made; and that the check(s) in payment of the amount due etc. shall be drawn to the order of "Raff & Becker" etc. So Ordered. CARTER,J.      SC |
| 12/27/93 | – | Fld. Pltffs' Reply Affidavit of Jules O. Pagano.             SC |
| 12/27/93 | – | Fld. Pltffs' Affidavit of Richard Faust in support of pltffs' motion for Contempt etc.   sc |
| 12/27/93 | – | Fld. Pltffs' Affirmation of Seymour Kaye in response to deft's papers in opposition to pltffs' motion for contempt.   SC |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79–5831 |
|---|---|---|---|
| NIDIA BARCIA et al. | | LOUIS SITKIN etal. | PAGE 28 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/27/93 | – | Fld. Pltffs' Reply Affidavit of Robert L. Becker in support of pltffs' main contempt motion and the two supplemental motions concerning Spanish-language claims, and in reply to the affidavit of Timothy J. Coughlin etc.   SC |
| 12/27/93 | – | Fld. Pltffs' Reply Memorandum of Law.   SC |
| 12/27/93 | – | Fld. Pltffs' Reply Affirmation of David Raff in reply to defts' opposition papers to the main contempt motion and the second supplemental motion.   SC |
| 1/3/94 | – – | Fld. Stip. & Order for Post–Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $23,220.82 etc., representing $22,742.00 in attorneys' fees and $478.82 in costs for the billing month of November, 1993; and that the State of New York shall pay interest etc. on the sum due under paragraph 1 from 2/1/94 until the date payment is made etc. So Ordered. CARTER,J.   SC |
| 1/25/94 | – – | Fld. Stip. & Order for Post–Judgment Attorneys' Fees & Costs...that the State of New York shall pay pltffs' private attorneys the amount of $27,586.13 etc., representing $27,130.75 in attorneys' fees and $455.38 in costs for the billing month of December, 1993; and that the State of New York shall pay interest etc. on the sum due under paragraph 1 from 3/1/94 until the date payment is made etc. So Ordered. CARTER,J.   SC |
| 2/22/94 | – – | Fld Stip & order, for post judgmnet attorneys' fees and cost for the sum of $25,322.14....SO ORDERED, CARTER, J                                               CD |
| 3/29/94 | – – | Fld  Stip & order, for post judgment attorneys' fees and coes for the sum of $24,419.42               CD |
| 4–28–94 | – – | Fld Stip & Order, for post judgment attorneys' fees and costs, that the State of NY shall pay plntfs' private attorneys thge sum of $29,316.59....SO ORDERED, Carter, J.                                               CD |
| 5–31–94 | – – | Fld Stipulation & Order, for post judgment attorneys' fees and costs, that the state of NY shall pay plntfs' attorneys the sum of $27,442.91 etc, SO ORDERED Carter, J.               CD |
| 6–23–94 | – – | Fld Stipulation & Order, for post judgment attorneys' fees and costs, that the state of NY shall pay plntf's private attorneys' the sum of $25,515.35 etc, SO ORDERED CARTER, J               CD |
| 7–26–94 | – – | Fld Stipulation & Order, for post judgment attorneys' fees and costs, for the sum of $24,462.49 etc, |
| 8–19–94 | – – | Fld  Stipulation and Order, fpor post judgment attys' fees and costs, SO ORDERED Carter, J, SO ORDERED, Carter, J               CD |
| 9–8–94 | – – | Fld Memorandum Opinion #73659, that plntfs' motion for contempt is granted:...the Court denies plntfs request for appointment of a Special Master and enjoin the Board from implementing or continuing the increase of any monthly productivity goal...plntfs are entitled to reasonable atty's fees... the parties should schedule a conference with the court in no less than 30, and no more than 60 days, SO ORDERED CARTER, J  ... EOD 9/14/94               CD |
| 9/15/94 | –– | STIP. & ORDER FOR POST JGMT ATTYS' FEES & COSTS... ORDERED,  that the State of NY shall pay pltffs' private attys the sum of $23,238.89; The State of NY shall pay interest on the sum due under parragraph 1 from 11/1/94 until the date payment is made, etc... SO ORDERED, CARTER, J.               MK |

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|

DOCKET NO. _____

PAGE 29 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/19/94 | — | PLTFF'S NOTICE OF MOTION FOR AN ORDER ESTABLISHING A BRIEFING SCHEDULE FOR THE SUBMISSION OF NECESSARY SUPPORTING DOCUMENTATION AND ANSWERING AND REPLY PAPERS IN CONNECTION WITH THE COURT'S AWARD OF REASONABLE ATTORNEY'S FEES, COSTS, AND DISBURSEMENTS. RETURN DATE 9/30/94 |
| 09/30/94 | -- | Filed Defts. Unemployment Ins. App. Bd., N.Y. St. Dept of Labor, and Deft. New York State Notice of Appeal from the order of Judge Carter datedSeptember8, 1994, and Filed on Sept. 14, 1994. Copies mailed to Attorneys of Record:Roy A. Esnard and David Raff.                    EM |
| 10/06/94 | -- | Copies of Notice of Appeal sent to Judge and U.S.C.A. with copy of Docket Sheet. |
| 10/12/94 | | NOTICE OF CROSS APPEAL by Municipal Labor Committee from the opinion & order dated 9/8/94, entered 9/9/94. Copies sent to atty of record: Roy A. Esnard, Esq. as |
| 10/19/94 | | Notice of aooeal & certified copy of docket to USCA: Copy of notice of appeal sent to District Judge. |
| 10-25-94 | — | Stipulation & Order for Post Judgment Attnys' Fees and costs IT IS HEREBY STIPULA-TED AND AGREED by and between pltffs' private attnys, RAFF & BECKER, and the atty. for the defts:  The State of NY shall pay pltffs' private attnys the sum of $24,570.50 in attorneys' fees and $380.00 in cists for the billing month of September, 1994...Se Doc. for further information...SO ORDERED...CARTER J.      /ls |
| ✱ 12/5/94 | — | Fld. Memorandum to dkt clk: Pretrial conference held 12/5/94.  The Court granted the State of NY a Stay Pending Appeal |
| 11/3/94 | — | Fld. Memo Endorsed on Notice of Motion dtd. 9/19/94 for an order establishing a briefing schedule for the submission of necessary supporting documentation and answering and reply papers in connection with the Court's award of reasonable attny's fees, costs and disbursements...MOTION GRANTED...SO ORDERED...CARTER, J./ls |
| 11/28/94 | — | Fld. Stipulation and Order, It is Stipulated and agreed pltff's private attorneys Raff & Becker, and the attny for defts:  1) The State of NY shall pay pltffs' private attnys. the sum of $23,896.50 under 42 USC 1988 representing $23m170.75 in attys' fees and $725.75 in costs for the billing month of October, 2) The State of NY shall pay interest under 28: USC 1961 on the sum due under paragraph 1 from 1/1/95 until the date payment is made etc...SO ORDERED...CARTER, J.             /ls |
| 12/1/94 | — | Defts' Report on their complance with the  Court's 9/8/94 order and their applica-tion for a stay pending appeal                                            /ls |
| 12/1/94 | — | Fld. Affdvt. of Jerome M. Solomon attny. for deft. re:  The State should be per-mitted to pursue its appellate remedies before suffering the significant injury  /ls |
| 12/1/94 | — | Fld. Affdvt. of Timothy J. Coughlin for Deft's. Re:  The pltff's cannot show any irreparable injury.  Should they prevail on appeal, class member cases will be re-opened to apply the "may/might" standard                                          /ls |
| 12/2/94 | — | Fld. Defts. Reply to pltffs' letter report submitted to the court on 12/1/94    /ls |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 79 Cv 5831 |
|---|---|---|
| BARCIA, et al | SITKIN | PAGE 30 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/20/94 | -- | Filed Mandate, U.S.C.A. Stipulation that the above-captioned appeal and cross-appeal are hereby withdrawn. (94-9023 and 94-9051). GEORGE LANGE III, Clerk, U.S.C.A.                                                    EM |
| 10|25|94 | -- | Fld. Stipulation and Order that The State of NY shall pay pltffs' private attny's. the sum of $24,950.61 under 42 USC 1988, representing $24,570.50 in attny's fees and $380.11 in costs for the billing month of September, 1994, etc...SO ORDERED...CARTER§ J. |
| 12|12|94 | -- | Fld. Reply Affevt. of Timothy J. Coughlin, attny. for Deft's (State).  This court should stay it directive requiring the Bd. to utilize the "may Have" standard pending appellate review.                                                           |ls |
| 12|24|94 | -- | Fld. Declaration in Opposition to Defts' stay Motion by David Raff.  Pltff's res- pectfully request, that the Court deny defts; stay motion in all respects.  In the alternative, it is requested that the stay, during the pendency of the appeal apply to only that portion of the order requiring retroactive reopening cases from 12|22|92.                                                              |ls |
| 1/31/95 | -- | Transcript of 12/5/94 @11:10 hearing.  (LM) |
| 1-31-95 | -- | Fld plntf Notice of Motion, for a supplemental order that the language in the Consent Judgment be modified; directing deft Unemployment Insurance to reopen all retroactive class member cases...and for attorney fees, costs etc. Attached is a declaration in support.                                                                 CD |
| 2/06/95 | -- | True copy of order from U.S.C.A.: Please be advised that appellants hereby provide you with notice of the reinstatement of their appeal. (94-9023). GEORGE LANGE III, Clerk, U.S.C.A.                                       EM |
| 3/7/95 | -- | Filed Mandate from U.S.C.A.: Stipulation that the above-entitled appeal and cross-appeal are hereby withdrawn. (94-9023 and 9051). GEORGE LANGE III, Clerk, U.S.C.A.                                                          EM |
| 03/03/95 | -- | Filed Reply Declaration - by David Raff - in Reply to defendants' affirmation and affidavits in opposition to plaintiffs' motion for a supplemental order modifying the language of Consent Judgment Checklist E item.....                  DC |
| 02/24/95 | -- | AFFIRMATION  OF Roy A. Esnard in opposition to plaintiffs' motion dated Januart 31, 1995... |
| 02/24/95 | -- | Affidavit of Yolanda Pizarro.... |
| 02/24/95 | -- | Affidavit of Donald Sticklor..... |
| 03/24/95 | -- | **Notice of Motion by Plaintiffs for an order to Compel, enforement and..... , w/attch. decl. in supp. by Robert L. Becker returnable 4/7/95 at 10:00  (orig. dktd. in 79cv5899 as doc.#52)** |
| 03/24/95 | -- | **Memorandum of Plaintiffs' in support of Motio to Compel, Enforcement and.....returnable 4/7/95 10:00  (Orig. dktd in 79cv5899 as doc# 53)** |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|-----------|---|-----------|---|
| | | | DOCKET NO. _____ |
| | | | PAGE **31** OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 5/24/95 | -- | MEMORANDUM BY DEFTS" IN OPPOSITION to that portion of pltffs' Motion for fees which seeks to increase pltffs' Counsel's hourly rates. (lm) |
| 5/24/95 | -- | AFFIRMATION BY Roy A. Esnard, Assist. Atty General in OPPOSITION to pltffs' motion for fees. (lm) |
| 5/15/95 | — | Fld STIPULATION, that defts' and respondents' time to respond plntfs' motion is extended to 5/22/95; plntf reply by 6/7/95; ret date adjourned to 6/9/95, SO Ordered CARTER, J          CD |
| 8/15/96 | -- | Filed Mandate, U.S.C.A.: Upon consideration thereof, it is ordered that the appeal from the order of the U.S District Court, S.D.N.Y., dated 7/16/96, be and it hereby is dismissed. (96-7937). GEORGE LANGE III, Clerk, U.S.C.A.   EM |

ORIGINAL DOCKET SHEET MISSING
**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79 Civ 5831 |
|---|---|---|---|
| BARCIA | | -v-   SITKIN | PAGE 3 2 OF _____ PAGES |
| **DATE** | **NR.** | **PROCEEDINGS** | |
| 5-17-95 | -- | Filed Mandate, U.S.C.A.: The undersigned counsel for the parties hereby stipulate that the above-entitled appeal and cross-appeal are | |
| | | withdrawn. (94-9023). GEORGE LANGE III, Clerk, U.S.C.A.           *EM* | |
| 8/11/95 | --- | notice of Motion *by Plaintiffs* for an order of  contempt, enforcement, modification w/attch. declaration  in support Robert L. Becker    ret: 9/15/95 | |
| 8/11/95 | ---- | Plaintiffs' Memorandum in support of motion for a contempt, modification and further relief   w/attch.  Becker decla. exhibits 1 & 2         pl | |
| | - | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TEMPORARY DOCKET SHEET

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | 79 CIV 5831 (RLC) |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| NIDIA BARCIA, ET AL., | | LOUIS SITKIN, ET AL., | PAGE 33 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/3/96 | – – | FLd...STIPULATION AND ORDER FOR POST JUDGMENT ATTORNEYS' FEES AND COSTS. It is hereby stipulated and agreed, by and between the attorneys for the parties to the above captioned action: That the State Of New York shall pay to Raff & Becker the sum of $22,000.00 representing payment in full of plaintiffs' attorneys fees and costs awarded in the opinion and order of the court dated September 6, 1995. E.O.D. 3/14/96 DJT. |
| 4/29/96 | – – | Fld. NOTICE OF MOTION...Upon all of the pleadings and proceedings in this action, Plaintiffs will movr=e this court, at the United States Courthouse, 500 Pearl Street, N.Y. N.Y. in Courtroom 20-B, On the 17th day of May, 1996, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order: E.O.D. 5/1/96 DJT |
| 4/29/96 | – – | PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL, ENFORCEMENT, AND FURTHER RELIEF. E.O.D. 5/1/96 DJT. |
| 5/10/96 | – – | Fld. Opinion # 76589. The consent judgment is detailed, specific, and the fruit of careful negotiation between the parties, Ansent a Significant change in circumstances in the facts or the law of this case, the court lacks the power to tamper with the parties' agreement. The motion to modify the consent judgment is therefore denied. So Ordered Judeg Carter. E.O.D. 5/13/96 DJT. |
| 5/14/96 | – – | Fld. STIPULATION EXTENDING TIME... The return date for plaintiff's motion for inter alia, contempt and to compel, dated April 29, 1996, is adjourned until June 28, 1996. Defendants opposition to the motion must be served upon plaintiff's counsel and filed with the court on or before June 14, 1996. E.O.D. 5/15/96. DJT. |
| 5/20/96 | – – | Fld...NOTICE OF MOTION FOR RECONSIDERATION...Plaintiff's will move this court, at the U.S. courthouse, 500 Pearl St. on the 31st Day of May, 1996, at 10:00 a.m. for reconsideration and vacatur of this courts opinion, dated May 9, 1996, denying plaintisss' January 31, 1995 motion for a supplemental order directing defendants to modify tha language of consent judgment checklist "E" item 27 and checklist "F" item 23, and for the additional relief requested therein, including awarding reasonable attorney's fees, costs and out-of-pocket expenses; and granting such other and further relief as the court deems appropriate. E.O.D. 5/21/96 DJT. |
| 5/20/96 | – – | Fld...PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION... E.O.D. 5/21/96 DJT. |
| 5/24/96 | – – | Fld... DEFENDANTS' MEMORANDUM OF LAW IN OPPOSTION TO MOTION FOR RECONSIDERATION AND VACATUR. E.O.D. 5/29/96 DJT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79 cv 5831 |
|---|---|---|---|
| NIDIA BARCIA        etal | | LOUIS SITKIN etal | PAGE 34 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/16/94 | -- | Fld Memo Endorsed....dfts have made a sufficient    showing to support the grant of stay...the confusion that could result if members denied benefits under the outcome determinative stndrd are granted benefits under the court's standrd pending appeal, and those benfits are then taken away if dfts prevail, will be more harmful and pre-judicial to the class than any delayed vindication which may result from the stay.  SO ORDERED    Carter, J.  eod 020695    /sed |
| 12-21-94 | -- | Fld ORDER...The court's endorsement, so ordered 16 Dec 1994 staying the portion of this court's 8 Sept 19894 order which required dfts to utilize a may have or might have stndard of review retroactive to 22 Dec 1992 is incorporated herein.   Court's order on 5 Dec 1994 which stayed the portion of the order which directed dfts to provide written transl. of all handwritten sections of notices or instructs... sent to claimants whose local offices have adequate Spanish speaking staff is incorporated herein.... SO Ordered    Carter,J    eod    020695    /sed |
| 01/04/95 | -- | Fld Stip and Order... State of NY shall pay plntffs' private attnys the sum of 29, 622.57 representing attny fees and costs for the billing month of Nov. 94. State shall pay interest on the sum due under para 1 from 1 Feb 95 until date of payment is made.. Checks shall be drafted to  the order of RAFF & BECKER and mailed to their address...    Payments of the sum due  is conditioned on the approvals required by NY Public Officers Law para 17... Payment of the sums due are satisfies all plntffs' claims of monitoring attny fees and costs for private attny dated 1-30 Nov 94, except for David Raff's claims [dates indicated in order] and plntff's claim if any, for their priv. attny's fees/costs on the quest. of the appl. of current law tyo reopened cases may be submitted IAW the agreement of the undersigned attnys ltrs dtd 4,7 May 1990. Payment of sums are agreed  to by the parties subj. to dfts reservation of rights to challenge or object to plntf's hours/costs for litig.... after 8 Sept. 1994... So Ordered  Carter,J         eod 020695 /sed |
| 4|28|95 | -- | Fld Endorsement...adjournment of the fee motion is granted So Ordered Carter, J eod 5|8|95   |sed |
| 6|6|95 | -- | Fld Plantiff's  Reply Declaration by David Raff, attorney for plntff.    sed |
| 6|6|95 | -- | Fld Plantiff's Reply Memorandum in Support of Motion to Compel, Enforcement and further relief.      |sed |
| 5/30/96 | - - | Fld...PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION. E.O.D. 6/10/96 DJT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
| | | | PAGE 35 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 6/14/96 | – – | Fld...DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT, ENFORCEMENT, TO COMPEL AND FOR FURTHER RELIEF. E.O.D. 6/18/96 DJT. |
| 6/14/96 | – – | Fld...AFFIDAVIT IN OPPOSITION BY THOMAS SOFIELD. E.O.D. 6/18/96 DJT. |
| 6/27/96 | – – | Fld...PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL, ENFORCEMENT, AND FURTHER RELIEF. E.O.D. 7/3/96 DJT. |
| 6/27/96 | – – | Fld...REPLY DECLARATION BY PLAINTIFFS' E.O.D. 7/3/96 DJT. |
| 7/16/96 | – – | Fld...MEMO ENDORSED...The Motion for reconsideration is denied. SO ORDERED JUDGE CARTER. E.O.D. 7/18/96 DJT. |
| 7/30/96 | – – | Fld...NOTICE OF APPEAL by plaintiff's from final order entered 5/9/96 denying motion for a supplemental order and from a final order entered on 7/16/96. Copies sent to Thomas R. Sofield, NYS Atty. Gen. office.  Fee Pd. $105, Rec # 267787.  as |
| 8/20/96 | –– | Filed Mandate, U.S.C.A.:  Upon consideration thereof, it is ordered that the appeal from the order of the U.S. District Court, S.D.N.Y., be and it hereby is dismissed. (96–7937). GEORGE LANGE III, Clerk, U.S.C.A.            EM |
| 8/22/96 | –– | Filed Mandate, U.S.C.A.:   The court noting that an order dismissing the appeal having been entered in error on 8/13/96. It is hereby ordered that the order be and it hereby is vacated; and it is further noted that the appeal be and it hereby is reinstated. (96–7937). GEORGE LANGE III, Clerk, U.S.C.A.            EM |
| 8/22/96 | – – | Fld...OPINION # 77160...Plaintiffs' motion is granted in part, denied in part, held in partial abeyance pending a confrence to be held on September 25, 1996, at 11:30 and possible further briefing and factual submissions by the parties. The Attorney General's office, counsel for defendants, is instructed to certify by September 25, 1996, that they have complied with each the court's orders contained herein. SO ORDERED Judge Carter. E.O.D. 9/4/96 DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF TIMOTHY J. COUGHLIN. E.O.D. 9/25/96. DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF STUART BERKE. E.O.D. 9/25/96. DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF RICHARD MARINO. E.O.D. 9/25/96. DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF MARGARET O'BRIEN. E.O.D 9/25/96. DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF DONALD STICKLOR. E.O.D. 9/25/96. DJT. |
| 9/20/96 | – – | Fld...NOTICE OF MOTION FOR VACATUR OR REARGUMENT...Dennis C. Vacco, will move this court before the honorable Robert L. Carter on October 7, 1996 at 9:30 A.M., or soon thereafter as counsel can be heard, for an order pursuant to rules 59 (e), 60 (b) of the Federal Rules of civil procedure, CONTINUED ON NENT PAGE |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 79 civ 5831 |
|-----------|---|-----------|------------------------|
| NIDIA BARCIA | | LOUIS SITKIN et, al. | PAGE 36 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| | | CONTINUED FROM PREVIOUS PAGE |
| 9/20/96 | – – | and rule 3 (j) of this court's civil rules, granting vacatur of or relief from this court's August 21, 1996 opinion, which granted enforcement of the consent Judgment in certain respects, or, in the alternative, reargument of the opinion and, upon reargument, vacatur or modification of the opinion. E.O.D. 9/25/96 DJT. |
| 9/20/96 | – – | Fld...AFFIDAVIT OF ROBERT LORENZO. E.O.D 9/25/96. DJT. |
| 9/23/96 | – – | Fld...AFFIDAVIT OF FRANK J. RICCARDO.  E.O.D. 9/26/96 DJT. |
| 9/23/96 | – – | Fld...AFFIDAVIT OF ROBERT TALBOT. E.O.D. 9/26/96. DJT. |
| 9/23/96 | – – | Fld...AFFIDAVIT OF DENNIS MOHAN. E.O.D. 9/26/96. DJT. |
| 9/27/96 | – – | Pre-Trial confrence held by Judge Carter on September 26,1996. E.O.D. 10/2/96 DJT. |
| 10/25/96 | – – – | Filed Mandate, U.S.C.A.:  Appeals reinstated. (94-9023 and 94-9051). GEORGE LANGE III, Clerk, U.S.C.A.                                                           EM |
| 10/29/96 | – – – | Filed Mandate, U.S.C.A.: Appeals withdrawn (94-9023, 94-9051 and 96-7937). GEORGE LANGE III, Clerk, U.S.C.A.                                                   EM |
| 10/29/96 | – – | Fld...STIPULATION AND ORDER. E.O.D. 10/31/96 DT. |
| 11/1/96 | – – | Fld...TRANSCRIPT...E.O.D. 11/1/96. DT. |
| 12/12/96 | – – | Filed MANDATE, appeal withdrawn. (94-9023, 94-9051, 96-7937) George Lange, III, CLerk, USCA.   as |
| 2/4/97 | – – | Fld...MANDATE...Appeal withdrawn. (94-9023), (94-9051) & (96-7937). George Lange, III, Clerk, U.S.C.A. E.O.D. 2/5/97. |
| 2/14/97 | – – | Filed Opinion # 78056...Plaintiffs' counsel's motion for contempt and further relief is granted in full, subject to the requirements of documentation set forth by this court. For a final determination of the actual sum owed, both sides shall submit to this court a proposed Judgment and Order tallying (1) the total interest, including prejudgment and post-judgment interest due to counsel; (2) all outstanding secretarial and telephone expenses, accompanied by the appropriate documentation; and (3) any amount owed counsel under the new court-ordered hourly rates. Each side's proposed Judgment and Order shall clearly indicate the calculations used to arrive at the final tally, including the method used to determine the applicable interest rate. SO ORDERED Judge Carter. E.O.D. 2/18/97. DT. |
| 2/14/97 | – – | Fld...STIPULATION AND ORDER...It is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action as follows: 1. The defendant Appeal Board will obtain, monitor and utilize the services |

CONTINUED ON OTHER SIDE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ PAGE 37 OF ____ PAGES |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|

(CONTINUED FROM OTHER SIDE)

individuals who have been certified by OCA as spanish-language translators, pursuant to the provisions of the Appeal Board statement annexed "A". 2. The defendant Appeal Board will implement guidelines for the use of Spanish-Language translators which are annexed hereto as Appendix "B". The Appeal Board may change these guidelines as it deems appropriate, without Court approval, but any changes shall be subject to notification and consultation provisions of paragraph 53 of the consent decree. 3. The defendant Appeal Borad shall use only Spanish-Language translators certified by OCA at all ALJ and Appeal Board hearings. 4. The Appeal Board may obtain the services of OCA certified translators by whatever means it determines is appropriate to its management of its operations. 5. The parties, ALJ's and the Appeal Board shall not use the services of any volunteer Spanish-laguage translator. 6. The Appeal Board may use, in the limited instances set forth in the annexed guideline, telephone hookups at hearings where Spanish-language translation is occurring. The Board shall strive to assure the maximum confrontation between the parties and full opportunities for the parties to present their relevent cases. 7. The defendant Appeal Board shall periodically, but no less than twicw yearly, report to lead counsel for plaintiffs' for so long as monitoring of current case work under the consent decree continues, on the Appeal Board's experiences in the use of telephone hookups in the conduct of ALJ and Appeals Board hearings where a Spanish-laguage translator is used. Such report shall include the case number, whether the case was appealed, the location,the reason why the need to use a translator, via telephone arose, how the problem was addressed, and whether steps have been taken to prevent a recurrence . 8. The defendant Appeal Board shall revise the ALJ and Appeal Board Notice of hearing and related forms and documents to advise parties the Spanish-language translators will be provided at all hearing locations by the Appeal Board. The language selected for the notices shall be subject to the notification and consultation provisions of paragraph 53 of the consetn decree. The language selected shall supersede the notice provisions regarding translators contained in paragraphs 8,10 and 11 of the partial consent Judgment and stipulation in Pugh V. Ross (76 Civ 3607 (MEF) which is appendix C of the consent decree. SO ORDERED Judge Carter. E.O.D. 2/20/97. DT.

| 2/19/97 | − − | Fld...AMENDED OPINION #78056.SO ORDERED Judge Carter. E.O.D. 2/20/97. DT. |

| 3/18/97 | − − | Fld...ORDER FROM U.S.C.A. The counsel David Raff and Thomas Sofield for the parties hereby stipulates that the above-entitled appeals and cross-appeal are hereby withdrawn from active consideration by the Court, such withdrawel to be without prejudice to a reinstatement of the appeals by either party's counsel so notifying the clerk in writing by June 6, 1997. If not thus reinstated, the apeal shall be deemed withdrawn with prejudice. Withdrawel of the appeal from active consideration shall not operatte as a dismissal of the appeal under FRAP 42(b). If for any reason this stipulation is denied, let the stipulation act as written notice of reinstatement of the appeals. E.O.D. 3/18/97. DT. (94-9023) (L) (94-9051) (XAP) (96-7937) (CON) George Lange III, Clerk, U.S.C.A. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | (RLC) DOCKET NO. 79cv5831 |
|---|---|---|---|
| NIDIA BARCIA | | LOUIS SITKIN, ET AL | PAGE 38 OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/13/97 | – – | Fld...STIPULATION AND ORDER. E.O.D. 5/15/97. DT. |
| 5/21/97 | – – | Fld...MEMO ENDORSED ON MOTION DATED SEPTEMBER 20, 1996...Motion is dismissed as Moot. SO ORDERED Judge Carter. E.O.D. 5/27/97. DT. |
| 5/21/97 | – – | Fld...STIPULATION AND ORDER...Whereas, the parties entered into a consent Decree, So ORDERED by the Court on June 6, 1983 (Consent Decree); and Whereas, in an opinion and order dated September 8, 1994, the Court directed the defendant appeal board to comply with the notification and consultation provisions of paragraph 53 of the Consnet Decree with regard to certain practices related to instances when hearing level cases are ajourned or are closed with leave to reopen at a subsequent time upon the application of a party to such hearing case; and Whereas, the parties have had several meetings to discuss the issue; and Whereas, the defendant appeal board has prepared training guigelines for adjourning and closing hearing cases; and Whereas, the lead counsel for plaintiffs has been fully consulted on the content of these appeal board guidelines; and Whereas, lead counsel has approved of the content of the guidelines developed by the defendant appeal board; Now, Therefore, IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to this action as follows; 1. The defendant appeal board establishes the training guidelines annexed hereto as appendex "A". The appeal board may change these guidelines as it deems appropriate without Court approval, but any changes shall be subject to notifi-cation and consultation provisions of paragraph 53 of the consent decree. 2. The appeal board undertakes to implement these training guidelines as set forth therein and to apply these guidelines to all hearingcases pending at this time or which may come into existence hereafter. 3. The establishment of these training guidelines consti-tutes full compliance by the appeal board with the directives of the Court regarding this issue. SO ORDERED Judge Carter. E.O.D. 5/27/97. DT. |
| 5/21/97 | – – | Fld...ORDER & JUDGMENT #97,1074...ORDERED,ADJUDGED AND DECREED that plaintiffs shall have Judgment against defendants and respondents, in Civil Comtempt, for violating previous orders of this Court, and it is further ORDERED, ADJUDGED AND DECREED that plaintiffs shall have Judgment against defendants and respondents on their claim for reasonable attorney's fees, costs, expenses, and interest from January 1, 1990 through April 30, 1997 in the amount of $75,075.47, and it is further ODERED that payment of the amount of $75,075.47 plaus interest pursuant to 28 U.S.C. 1961, shall be made to plaintiff's counsel within 30 days of entry of this order. SO ORDERED Judge Carter. E.O.D. 5/27/97. DT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|

DOCKET NO. _____

PAGE 39 OF ____ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/4/97 | – – | Fld...STIPULATION AND ORDER...amending paragraph #4 of the consent Judgment....Paragraph 4 of the consent Judgment shall be amended to read as follows: In those cases where claimant has been granted benifits by the local office and the employer request a hearing by filing an objection, the employer shall state clearly all the grounds which it contends claimant should be denied benifits and specify the factual basis or specificevents upon which it intends to rely at the hearing. Any local office receiving an employer's objection shall foward it to the Adjudication Service Office. Claimant shall be sent a copy of such employer's objection within Five (5) business days from its receipt by the Adjucation Services Office. E.O.D. 6/6/97. DT. |
| 8/01/97 | – – | Fld...STIPULATION AND ORDER...IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for the parties herein, that: 1. Defendants and the state of New York agree to pay attorneys fees to palintiff's counsel in accordance with the firm Raff & Becker's 1997 billing rate of $305. per hour for Robert Becker, and $325. per hour for David Raff, subject to the previously agreed upon percentile reductions for inspection of ckecklist and files (monitor-ing and review), annual and new ALJ training (Training), and travel time; 2. Plainitiffs' counsel agrees not to increase the above hourly rate prior to January 1, 1998; 3. defendants and teh State of New York agree to promptly pay the above rated retroactively, covering plaintiffs' counsels' monthly billing for work performed from January 1, 1997 through April 1997, in accord with  the annexed chart ("MLC attorney's fees owed – 1997"). So Ordered Judge Carter. E.O.D. 8/6/97. DT. |
| 8/26/97 | – – | Fld...STIPULATION AND ORDER...NOW, THEREFORE, IT IS HEREBY STIPUL-ATED AND AGREED by and between lead counsel for påaintiffs and coun-sel for defendants as follows: 1. The memorandum of understanding, which is hereto as attachment "1", sets forth the understanding of the parties as to the approach that the parties will utilize to assure defendants' compliance with paragraph 9 of the consent decree. (SEE DOCUMENT FOR CONTINUEATION). E.O.D. 9/5/97. DT. |
| 12/19/97 | – – | Fld...STIPULATION AND ORDER...Now, THEREFORE, IT IS STIPULATED AND AGREED by and between the undesigned counsel for the parties to this action as follows: 1. The checklist contained in Appendix "E" of the consent decree is hereby revised to read as set forth in the document annexed hereto as Appendix "I" of this stipulation and Order. Etc. Etc. (SEE DOCUMENT). So Ordered Judge Carter. E.O.D. 12/22/97. DT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | (RLC) |
|-----------|-----------|-------|
| Nidia Barcia | Louis Sitkin, et al | DOCKET NO. 79Cv5831 PAGE 40 OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 1/7/98 | – – | Fld...STIPULATION AND ORDER...It is hereby stipulated and agreed by and between lead counsel for plaintiffs and counsel for defendants as follows: 1. The parties agree that all handwritten entries to notices and instructions given to Spanish-speaking claimants with limited English proficiency must be translated into written Spanish for claimants in those offices that have Spanish-speaking staff as required by paragraph 28 of the consent decree. The term "hand-written entries" specifically encompasses ass entries added to the pre-printed or pre-formatted notices and instructions, including, but not limited to, typewritten and computer generated entries. 2. The memorandum of understanding, which is annexed hereto as attachment "l", sets forth the understanding of the parties as to the approach that the parties will utilize to assure defendants' compliance with paragraph 28 of the consent decree.  3. The parties agree that the provisions of paragraph 50 of the consent decree shall not apply to this stipulation and order or the attached memorandum of understanding. So Ordered: Judge Carter. E.O.D. 1/9/98. DT. |
| 1/13/98 | – – | Fld...STIPULATION AND ORDER...If any budgetary or funding problems interfere with or limit the ability of the defendant Appeal Board to conduct the re-review agreed to in this stipulation, and as directed by the Court and clarified by this agreement of the parties, the defendat Department of Labor and the defendant Appeal Board shall notify the lead counsel for plainitffs within thirty(30) days of when the defendants become aware of such difficulty. During the next thirty (30) days, the parties shall discuss the situation and attempt to resolve the matter. If there is no resolution of the problem, the Court shall be notified, through the filing of approprite motions, no later than the expiration of ninety(90) days from the date defendants became aware of the problem. The parties reconize and agree that such a situation would not form the basis for a contempt motion against either defendant Appeal Board or defendant Department of Labor, but would form the basis of an application to modify the stipulation and order of the Court and/or seek such further relief as may be necessary to carry out the objectives and procedures set forth in this stipulation. So Ordered: Judge Carter. E.O.D. 1/15/98.DT. |
| 1/20/98 | ----- | FLD...ORDER FROM USCA...The parties herein having entered into a prior stipulation, so ordered September 11, 1997, and with the consent of Senior Staff Counsel Frank Scardilli, the undersigned counsel for the parties further stipulate that the above entitled appeals and cross-appeal are hereby withdrawn from active consideration by the court, such withdrawal to be without prejudice to a reinstatement of the appeals by either party's counsel so notifying the clerk in writing by January 30, 1998. (94-9023L, 9409051,96-7937) George LAnge, III, CLerk, USCA. |
| 5/18/01 | – – | Fld...NOTICE OF MOTION...That upon the annexed affidavit of Richard E. Malone, Jr., sworn to on and as of: May 14, 2001 and upon the complaint herein, Plaintiff will move this Court, Robert L. Carter, U.S.D.J., in room 20B, on the 29th day of June, 2001 or as soon thereafter as counsel can be heard. E.O.D. 5/22/01 DT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ PAGE *41* OF ____ PAGES |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/25/98 | - - | Fld...STIPULATION AND ORDER...IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Counsel for the parties to this action as follows: 1. The Stipulation regarding Spanish-Language translators So Ordered by the Court on February 18, 1997 is modified to the extent that in the event the defendant Appeal Board cannot provide "OCAO translators, it nay utilize United States Certified Interpreters. So Ordered: Judge Carter. E.O.D. 11/30/98 DT. |
| 12/28/00 | - - | Fld...Fld...STIPULATION AND ORDER...Whereas, the parties entered into a Stipulation and Order, "So Ordered: by the District Court on June 3, 1997, amending paragraph 4 of the September 14, 1983 consent Judgment to authorize the Adjudication Service Office ("ASO") to foward a copy of an employer's objection to claimant within five (5) business days of ots receipt by the ASO ("Emplyer Objectio Stipulaton"). So Ordered Judge carter. E.O.D. 1/11/0l DT. |
| 7/13/01 | -- | MEDIATION STIPULATION AND ORDER...FLD...Whereas the parties have agreed upon the procedures to be followed in selecting the mediator, and in the conduct of the mediation.  These guidelines may be added to or otherwise modified upon agreement of the participants without the need of Court approval.  E.O.D. 7/16/0l SB. |
| 8/3/01 | -- | Fld...MEMO ENDORSEMENT...8/2/01. Motion dismissed as moot pursuant to letter dated July 29, 2001.  So ordered, Judge Carter. E.O.D. 8/13/0l SB. |
| 7/27/01 | -- | Fld....AMENDED MOTION...Plaintiff pro se...that this Court...presently and immediately amend said initially submitted motion with this amended motion.   E.O.D. 8/13/0l SB. |
| 5/29/02 | - - | Fld...NOTICE OF MOTION FOR ENFORCEMENT AND FURTEHR RELIEF. E.O.D. 6/4/02 DT. |
| 5/29/02 | - - | Fld...PLAINTIFFS' MEMORANDUM IN SUPPOTR OF MOTION FOR A ENFORCEMENT AND FURTHER RELIEF. E.O.D. 6/4/02 DT. |
| 5/29/02 | - - | Fld...REPORT OF PLAINTIFFS' COMPUTER EXPRT ERIC WEINER. E.O.D. 6/4/02. DT. |
| 5/29/02 | - - | Fld...EXPERT REPORT OF PLAINTIFFS' EXPERT RICHARD FAUST. E.O.D. 6/4/02 DT. |
| 5/29/02 | - - | Fld...DECLARATION OF ROBERT L. BECKER IN SUPPORT PF MOTION FOR ENFIRCEMENT AND FURTHER RELIEF. E.O.D. 6/4/02 DT. |
| 9/10/02 | -- | Fld stipulation extending time to file papers. Defts. time to resp. to pltff's motion for enforcement & further relief & file cross-motion extended to 12:00PM ON 9/13/02.  PLTFF'S  time to file a reply/response to the cross motion  is extended to 10/25/02.  DEFT'S  time to file a further reply is extended to 11/1/02    SO ORDERED CARTER,J. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>NIDIA BARCIA | DEFENDANT<br>LOUIS SITKIN | DOCKET NO. 79cv5831<br>PAGE 42 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/24/02 | -- | STIPULATION EXTENDING TIME TO FILE PAPERS.<br>Deft's time to resp. to pltff's moton for enforcement, etc. & file X-motion extended to 9/27/02.<br>PLTFF's.time to file reply/response to X-motion extended to 11/22/02<br>DEFT's. time to file further reply extended to 11/29/02.<br>SO ORDERED ROBERT L. CARTER, U.S.D.J. (9/23/02) |
| 9/27/02 | -- | NOTICE OF CROSS MOTION TO TERMINATE MONITORING FLD. w/affidavits before Judge Carter on 12/2/02 @ 10:00am Fld. by the defendents. |
| 9/27/02 | -- | AFFIDAVIT OF ROBERT A. LORENZO. FLD. |
| 9/27/02 | -- | EXPERT REPORT OF DEFENDANTS' EXPERTS ALAN L. GROSS AND DAVID RINDSKOPF. FLD. |
| 9/27/02 | -- | FLD. DEFT"S MEMORANDUM OF LAW IN SUPPORT OF THEIR CROSS-MOTION TO MODIFY THE CONSENT JUDGMENT AND IN OPPOSITION TO PLTF's MOTION FOR ENFORCEMENT AND FURTHER RELIEF. |
| 9/27/02 | | FLD. EXHIBITS TO THE AFFIDAVIT OF CHIEF ADMINISTRATIVE LAW JUDGE ROBERT A. LORENZO. |
| 9/27/02 | | FLD. EXHIBITS TO THE AFF'DVT. OF CHIEF ADM. LAW JUDGE ROBERT A. LORENZO.  VOL. 1 of 3. |
| 9/27/02. | | FLD. EXHIBITS TO THE AFFIDAVIT OF CHIEF ADMISISTRATIVE LAW JUDGE ROBERT A. LORENZO    VOL. 2 of 3. |
| 9/27/02 | | FLD. EXHIBITS TO THE AFFIDAVIT OF CHIEF ADM. LAW JUDGE ROBERT A. LORENZO.  VOL. 3 of 3. |
| 9/27/02 | -- | Deft's. MEMORANDUM OF LAW IN SUPPORT OF THEIR CROSS MOTION TO MODIFY THE CONSENT JUDGMENT AND IN OPPOSITION TO PLTFF's. MOTION FOR ENFORCEMENT AND FURTHER RELIEF. |
| 9/27/02 | -- Ad | EXPERT REPORT OF DEFENDANTS" EXPERTS ALAN L. GROSS & DAVID RINDSKOPF. |
| 9/27/02 | -- | AFFIDAVIT OF ROBERT A. LORENZO, CHIEF ADM. LAW JUDGE OF THE UNEMPLOYMENT INSURANCE APPEAL BOARD. |
| 11/13/02 | -- | TRANSCRIPT FLD. HRG. BEFORE JUDGE SWEET, ON SEPTEMBER 10, 2002. |
| 11/19/02 | —— | STIPULATION EXTENDING TIME TO FILE X-REPLY.<br>Stipulated between the attorneys, DEFENDANTS' time to file a cross-reply is extended from November 29, 2002 to December 6, 2002<br>SO ORDERED,  CARTER, J.                                          pr |
| 11/22/02 | — | FLD. Declaration of Robert L. Becker, in opposition to defts' cross motion to terminate the consent judgment and in reply to defts' oppostion to pltffs' motion for enforcement and further relief.  Attached Becker opposition & reply declaration EXHIBITS.                    pr |
| 11/22/02 | | FLD. declaration of David Raff, in opposition to defts' cross motion to terminate the consent judgment and in reply to defts' opposition to pltffs' motion for enforcement and further relief.  PR |
| 11/22/02 | — | Fld. Reply expert report of pltffs' expert Richard Faust.              pr |
| 11/22/02 | — | FLD. Pltffs' memorandum in opposition to defts' motion to terminate monitoring and reply to defts' opposition to pltffs' motion for enforcement and further relief.                    pr |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF Barcia | DEFENDANT Sitkin | DOCKET NO. _____ PAGE 43 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/22/02 | – – | FLD. manual for hearing officers in Administrative Adjudication in the State of New York.                    pr |
| 11/22/02 | | FLD. A guide to unemployment insurance benefit appeals, principles and procedures. pr |
| 12/6/02 | – – | FLD. deft's reply memorandum of law in further support of their cross-motion to modify the consent judgment...                              pr |
| 12/6/02 | – – | FLD. Reply affidavit of Robert A. Lorenzo.                                        pr |
| 6/10/03 | –– | FLD. OPINION # 88613  Defendants' motion for modification of the consent decree is DENIED.  Pltffs' motion for enforcement is granted in part and DENIED in part.  Pltffs' motion for modification is DENIED.  Pltffs are awarded reasonable attorney's fees, costs and out-of-pocket expenses. SO ORDERED,  CARTER, J.  (entered 6/16/03, pr) |
| 6/13/03 | – – | FLD. ERRATA ON OPINION DATED JUNE 6, 2003 # 88613. as stated.    SO ORDERED Carter, J. |
| 6/18/03 | – – | Plaintiffs NOTICE OF MOTION FLD.  Pltff. will move this court at the US COURT HOUSE 500 Pearl St. NYC courtroom 20-B on the 11th. day of July, 2003, at 10:00 AM,or as soon thereafter as counsel for an order awarding attorney's fees and costs in connection with  the granting of their motion to enforce the June 6, 1983 consent judgment  and for the related relief as stated. (entered 6/20/03 pr) |
| 6/18/03 | – – | Plaintiffs' memorandum of law in support of application for an award of attorney's fees and costs FLD.    (entered 6/18/03, pr) |
| 7/11/03 | –– | FLD. NOTICE OF APPEAL BY defendants  Louis Sitkin, et al, from an ORDER entered 6/16/03, which denied defendant's motion for modification of a consent decree and granted plaintiffs' motion for enforcement of the consent decree.  COPIES of notice of appeal mailed to Attorney(s) of Record: David Raff, Robert L. Becker. $105.00 APPEAL FILING FEE PAID ON 7/11/03,  RECEIPT # E 478745. (entered 7/11/03, pr) |
| 7/11/03 | –– | NOTICE OF APPEAL AND CERTIFIED copy of docket to USCA appeal by defts, Louis Sitkin, et al;  Copy of notice of appeal sent to  District Judge.  (entered 7/11/03 pr) |
| 7/17/03 | – – | Fld....NOTICE OF MOTION...That upon the declaration of Robert Lorenzo, the accompanying memorandum of law and all other pleadings and proceedings previously had herein, the defendants by their attorney Eliot Spitzer, the Attorney General of the State of New York, will apply to this Court before the honorable Robert L. Carter, on August 29, 2003 at 9:30 A.M., or as soon thereafter as counsel can be heard. E.O.D. 7/23/03 DT. |
| 7/17/03 | – – | Fld...Defendants' Memorandum of law in support of their Application for a stay pending appeal. E.O.D. 7/23/03 DT. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Nidia Garcia | Louis Sitkin | DOCKET NO. 79CV5831<br>PAGE 44 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/8/03 | – – | Fld. Plaintiffs' memorandum in partial opposition to defendants' motion for a stay pending appeal. (entered 8/14/03 pr) |
| 8/8/03 | – – | Fld. Declaration in partial opposition to defendants' motion for a stay.  (entered 8/14/03 pr) |
| 8/28/03 | – – | Fld. defendants' reply memorandum of law in further support of their application for a stay pending appeal. (entered 9/11/03 pr) |
| 9/10/03 | – – | Notice that the record on appeal has been certified and  transmitted to the USCA. (03-7715)  (entered 9/11/03 pr.) |
| 3/31/04 | – – | Filed OPINION # 89887...Defendants have 90 days from the date pf this Opinion to implement the relief ordered by the Court's June 10, 2003 Opinion, notwithstanding the above-mentioned retroactive relief which shall be stayed pending appeal. So Ordered. Judge Carter. 3/29/04. E.O.D. 4/12/04. |
| 4/8/04 | – – | Fld...Memo-Endorsed on endorsement...Under the Lodestar method of calculation the attorney's fees as calculated by the plaintiff in its memorandum to the Court are proper and reasonable. There is no apparent reason why the Court should not adopt them as. The total fees requested equals $175,036.50 plus costs and expenses equaling $28,272.22 for a total award of $203,308.72. So Ordered: Judge Carter 4/7/04. E.O.D. 4/13/04. DT. |
| 5/20/04 | – – | AMENDED and SUPERSEDING NOTICE OF MOTION FOR ATTORNEY"S FEES AND COSTS. Plaintiffs by their attorneys Raff & Becker, LLP will move this Court, at the U.S. courthouse, 500 Pearl Street, New York, NY 10007, in Courtroom 20-B, on the 18th of June, at 10:00 a.m. |
| 5/20/04 | – – | PLAINTIFFS' MEMORANDUM OF LAW in support of Amended and Superceding Motion for an Award of Attorney's Fees and Costs. |
| 6/8/04 | | FLD. ORDER Deft's time to respond to pltff's amended & superceding motion for atty's fees is ext. to 7/6/04 oppositionxpapersxwillxbex there opposition papers will be served so as to be received by that date.  Pltff's time to file reply papers is extended to  8/17/04, & there reply papers will be served so as  to be received by that date. The returne date for pltff's amended and superceding motion for attorney's fees is adj. to 8/20/04, CARTER, J. 6/8/04, (pr) entered 6/15/04. |
| 6/15/04 | | FLD. MANDATE: ORDERED, ADJUDGED AND DECREED that the order of the district court is AFFIRMED in part and REVERSED in part in accordance with the opinion of this court.  (pr) entered 6/18/04 |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | | DOCKET NO. 79cv5831 |
|---|---|---|---|---|
| NIDIA BARCIA | | LOUIS SITKIN | | PAGE 45 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/20/04 | – – | DEFENDANT'S MEMORANDUM OF LAW IN Opposition to Plaintiffs' Amended and Superceding Motion for Attorneys' Fees and Costs. (entered on (7/23/04) TP |
| 8/2/04 | – – | Expert Report of plaintiffs' expert Richard Faust. (entered on 8/4/04) TP |
| 8/2/04 | – – | Plaintiffs' Objections to the Board's Proposed 2004 Amelioration Plan. (entered on 8/4/04) TP |
| 8/204 | – – | EXHIBITS to plaintiffs' Objections to the Board's Proposed 2004 Amelioration Plan. (entered on 8/4/04) TP |
| 8/3/04 | – – | STIPULATION EXTENDING RETURN DATE OF PLAINTIFFS' MOTION FOR FEES AND COSTS. The return date of plaintiffs' amended and superceding motion for attorneys' fees and costs is hereby extended to 9/17/04. Defendants' time to serve and file a response is hereby extended to 7/20/04. Plaintiffs' time to serve and file a reply is hereby extended to 9/14/04. (entered on 8/6/04) TP |
| 8/20/04 | – – | Plaintiffs' Memorandum of Law in Reply to Defendants' Opposition to Plaintiffs' motion for an Award of Attorney's Fees and Costs. (entered on 8/31/04) TP |
| 8/20/04 | – – | Reply Declaration of Robert L. Becker in support of plaintiffs' motion for an Order Awarding Attorney's fees and in reply to defendants' memorandum of law in opposition. (entered on 8/31/04) TP |
| 7/7/05 | – – | OPINION #91827, that for the reasons set forth herein, the court hereby grants plaintiffs' amended and superseding application for attorney's fees and costs in the full amount requested in their motion and memorandum.(Signed by Judge Robert L. Carter on 7/6/05)( entered on 7/11/2005). |
| 8/29/05 | – – | STIPULATION, that the court, in the opinion and order, dated July 6, 2005, awarded counsel for plaintiffs, attorneys' fees and costs in the amount of $328,469.71, plus interest from the date of the opinion and order pursuant to 28 U.S.C. 1961(a). (Signed by Judge Robert L. Carter on 8/23/2005) Copies Mailed By Chambers. (entered on 8/30/2005. (nd, ) |
| 10/17/05 | – – | OPINION #92282, that for the reasons set forth herein, the Board is hereby ordered to submit a revised amelioration plan consistent with this ruling within 90 days from the date of the issuance of this Opinion. (Signed by Judge Robert L. Carter on 10/11/05) Copies Mailed By Chambers. (entered on 10/18/2005) (tp,) |
| 02/03/06 | – – | MOTION for an Order granting Reconsideration of the Court's opinion and Order, dated 10/11/05 and an order modifying the Consent Judgment and subsequent Stipulations and for such other and further relief as this Court deems just and proper. Affidavit of Robin Stroup, Suzanne Hagen, Margaret B. O'Brien, Leonard R. Shapiro, are attached. Document filed by Louis Sitkin, et al. Return Date set for 6/9/2006 09:30 AM.(tp, ) [entered on 2/8/06] |

DC 111A
(Rev. 1/05)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF:<br>NADIA BARCIA | DEFENDANT:<br>LOUIS SITKIN, et al | DOCKET NO. 79cv5831<br>PAGE 45 OF ___ PAGES. |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/7/05 | - - | OPINION #91827, that for the reasons set forth herein, the court hereby grants plaintiffs' amended and superseding application for attorney's fees and costs in the full amount requested in their motion and memorandum.(Signed by Judge Robert L. Carter  on 7/6/05)( entered on 7/11/2005). |
| 8/29/05 | - - | STIPULATION, that the court, in the opinion and order, dated July 6, 2005, awarded counsel for plaintiffs, attorneys' fees and costs in the amount of $328,469.71, plus interest from the date of the opinion and order pursuant to 28 U.S.C. 1961(a). (Signed by Judge Robert L. Carter  on 8/23/2005) Copies Mailed By Chambers. (entered on 8/30/2005. (nd, ) |
| 10/17/05 | - - | OPINION #92282, that for the reasons set forth herein, the Board is hereby ordered to submit a revised amelioration plan consistent with this ruling within 90 days from the date of the issuance of this Opinion. (Signed by Judge Robert L. Carter  on 10/11/05) Copies Mailed By Chambers. (entered on 10/18/2005) (tp,) |
| 02/03/06 | - - | MOTION for an Order granting Reconsideration of the Court's opinion and Order, dated 10/11/05 and an order modifying the Consent Judgment and subsequent Stipulations and for such other and further relief as this Court deems just and proper. Affidavit of Robin Stroup, Suzanne Hagen, Margaret B. O'Brien, Leonard R. Shapiro, are attached. Document filed by Louis Sitkin, et al. Return Date set for 6/9/2006 09:30 AM.(tp, ) [entered on 2/8/06] |
| 02/03/06 | - - | MEMORANDUM OF LAW in Support of Defendants' MOTION for an order granting reconsideration of the Court's opinion and order, dated 10/11/05 and order modifying the Consent Judgment and subsequent Stipulations and for such other and further relief. Document filed by Louis Sitkin, et al. (tp, ) [entered on 2/8/06] |
| 02/03/06 | - - | AFFIDAVIT of Jayson S. Myers in Support of Defendants' MOTION for an order granting reconsideration of the Court's opinion and order, dated 10/11/05 and order modifying the Consent Judgment and subsequent Stipulations and for such other and further relief. Document filed by Louis Louis Sitkin, et al. Affidavit accompanied by Exhibits of Senior Administrative Law Judge Jayson S. Myers, Volumes I and II of II. (tp, ) [entered on 2/8/06] |
| 02/03/06 | - - | AFFIDAVIT of Robert A. Lorenzo in Support of Defendants' MOTION for an order granting reconsideration of the Court's opinion and order, dated 10/11/05 and order modifying the Consent Judgment and subsequent Stipulations and for such other and further relief. Document filed by Louis Louis Sitkin, et al. Affidavit accompanied by Exhibits of Chief Administrative Law Judge Robert A. Lorenzo, Volumes I through III of III. (tp, ) [entered on 2/8/06] |
| 02/17/06 | - - | MOTION for an Order (a) Enforcing the terms of the 9/14/83 Consent Judgment and the 12/19/97 Checklist Stipulation and Order; (b) Declaring that defendant Unemployment Insurance Appeal Board and its Administrative Law Judges are required to set forth in their decisions the reasoning for making credibility determinations; (c) Awarding reasonable attorney's fees, costs and out-of-pocket expenses. Document filed by plaintiffs. Return Date set for 3/17/2006 at 10:00 AM in Courtroom 20-B. (tp, ) [entered on 2/27/06] |

DC 111A
(Rev. 1/05)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF:<br>NADIA BARCIA | DEFENDANT:<br>LOUIS SITKIN, et al | DOCKET NO. _79cv5831_<br>PAGE _46_ OF ___ PAGES. |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02/17/06 | - - | MEMORANDUM OF LAW in Support of the 2/17/06 Motion for enforcement of consent judgment checklist item 24.  Document filed by Plaintiffs. (tp, ) [entered on 2/27/06] |
| 03/01/06 | - - | STIPULATION that defendants' time to respond to the Opinion and Order of the Court, dated 10/11/05, is extended to 2/3/06. Plaintiffs' shall have until 4/25/06 to reply to defendant's motion. for any statistics and reports that defendants submit in connection with their motion, they will provide plaintiffs with an electronic database containing the underlying or rew data upon which the statistics and reports are based in Excel format along with appropriate codes and definitions necessary to make the data comprehensible. Plaintiffs reserve the right to seek discovery, if necessary. (Signed by Judge Robert L. Carter on 2/16/06) Copies Mailed By Chambers. (tp, ) [entered on 3/3/06] |
| 04/03/06 | - - | STIPULATION, that defendants' time to respond to plaintiffs' motion for enforcement of consent judgment checklist item 24 is extended to 4/25/06. Plaintiffs shall have until 5/23/06 to reply. (Signed by Judge Robert L. Carter  on 3/22/06) "Copies Mailed By Chambers". (tp, ) [entered on 4/10/06] |