USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIDIA BARCIA, et al.,

                Plaintiffs,

      -against-

LOUIS STIKIN, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
79 Civ. 05831 (RLC)

**ROBERT L. CARTER, District Judge:**

The Clerk of the Court is ordered to terminate the following motions in this case:

1. 2/03/2006 Motion for Reconsideration;

2. 2/17/2006 Motion to Enforce Judgment;

3. 4/24/2006 Motion for an Order enforcing the terms of the September 14, 1983, Consent Judgment and the December 19, 1997, Checklist Stipulation and Order;

4. 4/11/2006 Motion to Compel (ECF Doc. # 388)

5. 4/11/2006 Motion for Attorneys Fees (ECF Doc. # 388)

6. 4/25/2006 Motion for Reconsideration (ECF Doc. # 393)

**IT IS SO ORDERED.**

DATED:    New York, New York
                April 8, 2010

                                                Robert L. Carter
                                                United States District Judge