UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARCIA, et al.,                                           :       79 Civ 5831 (LAP)
                                                          :
                Plaintiffs,                    :       <u>ORDER</u>
                                                          :
    v.                                                      :
                                                          :
SITKIN. et al.,                                           :
                                                          :
                Defendants.                    :
                                                          :
------------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

      Effective immediately, counsel shall submit any applications for attorney's fees in this matter to the Court for approval prior to payment.

SO ORDERED:

Dated:  January 6, 2016

                                                                  *Loretta A. Presku*
                                                        LORETTA A. PRESKA, Chief U.S.D.J.