UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARCIA, et al.,

         Plaintiffs,

  v.

SITKIN. et al.,

         Defendants.
------------------------------------------------------------X

79 Civ 5831 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, Chief United States District Judge:

  Counsel for the class and the Attorney General's Office shall confer and inform the Court of the status of the matter and in particular of whether or not there is a need for continued monitoring. The response shall be filed no later than January 20, 2016.

SO ORDERED:

Dated: January 5, 2016

                 *Loretta A. Preska*
                 LORETTA A. PRESKA, Chief U.S.D.J.