UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIDIA BARCIA, et al.,

    Plaintiffs,

- against -

LOUIS SITKIN, et al.,

    Defendants.

**NOTICE OF APPEARANCE**

79 Civ. 5831 (LAP)

    PLEASE enter my appearance on behalf of the defendants in the above-captioned action and notify me of any actions via ECF.

Dated:  New York, New York
         January 13, 2016

                        ERIC T. SCHNEIDERMAN
                        Attorney General of the State of New York
                        Attorney for Defendants
                        By:

                        JANE R. GOLDBERG
                        Assistant Attorney General
                        120 Broadway, 24th Floor
                        New York, New York 10271
                        (212) 416-6133
                        Jane.Goldberg@ag.ny.gov

To:

David Alan Raff, Esq.
Raff & Becker, LLP
470 Park Ave. South, 3rd Fl.
New York, NY 10016-6819
T: (212) 732-5400
raffd&raffbecker.com
Attorneys for Plaintiffs

Robert L. Becker, Esq.
Raff & Becker, LLP
470 Park Ave. South, 3rd Fl.
New York, NY 10016-6819
T: (212) 732-5400
beckerr@raffbecker.com
Attorneys for Plaintiffs