

ERIC T. SCHNEIDERMAN
Attorney General

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
Labor Bureau

January 13, 2016

Honorable Loretta A. Preska
Chief Administrative Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Barcia v. Sitkin, 79 Civ. 5831 and Municipal Labor Committee v. Sitkin, 79 Civ. 5899 Consent Decree* (1983)

Dear Judge Preska,

We write seeking clarification regarding the Court's Order entered January 6, 2016 concerning the protocol governing submission of plaintiff's attorney's fees ("January 6 Order"). More specifically, we seek guidance as to whether plaintiffs' counsel's billing statement dated December 31, 2015 ("December Billing Statement") is subject to the terms of the Order. The December Billing Statement was received by this office on January 5, 2016 and has not yet been processed for payment.

The parties have conferred, and plaintiffs' counsel has taken the position that the December Billing Statement is not subject to the January 6 Order. We respectfully request that Your Honor provide guidance as to whether the billing statement should be provided to the Court for approval. A copy of the December Billing Statement is enclosed.

Respectfully submitted,

Linda D. Joseph
Assistant Attorney General

cc:  David Raff, Esq.
     Jayson S. Myers, Esq.

# RAFF & BECKER, LLP

ATTORNEYS - AT - LAW
470 PARK AVENUE SOUTH, 3RD FLOOR NORTH
NEW YORK, NEW YORK 10016

(212) 732-5400

DAVID RAFF
ROBERT L. BECKER

*Senior Counsel*
SUSAN E. SALAZAR*

*Counsel*
MARIA T. GUARNIERI*

*Of Counsel*
JACOB KORDER
    * also admitted in New Jersey

FACSIMILE
(212) 732-0270

E-MAIL ADDRESS
raffd@raffbecker.com

December 31, 2015

Linda Joseph, Esq.
New York State Department of Law, Employment Security Division
Litigation Bureau
120 Broadway, 3rd Floor
New York, NY 10271

Re:  Barcia/MLC v. Sitkin
     Post Judgment Fees

Dear Ms. Joseph:

The attached statement is submitted pursuant to the Stipulation and Order dated September 27, 1984, and Judge Carter's September 6, 1995 Opinion.

The statement reflects the firm's current rates for attorney's fees with reductions for review, training and travel time. My current rate is $620.00 per hour with a review and training rate of $558.00 per hour and a travel rate of $465.00. Robert L. Becker's rate is $600.00 per hour with a review and training rate of $540.00 per hour and a travel rate of $450.00 per hour. Maria Guarnieri's current rate is $410.00 per hour with a review and training rate of $369.00 per hour and a travel rate of $307.50 per hour. Susan Salazar's current rate is $410.00 per hour with a review and training rate of $369.00 per hour and a travel rate of $307.50 per hour. Jacob Korder's current rate is $220.00 per hour with a review and training rate of $198.00 per hour and a travel rate of $165.00 per hour. Eric Wiener's rate is $250.00 per hour for work involving decree related data entry, tabulation of violation checklists, and violation reports, and Mary Wiener's rate is $250.00 per hours for MLC database design and programming to account for amelioration plan requirements. Paralegals Marcela Carrera, Sara Khatami, Destanie McAllister, and Gina Pujols current rate is $130.00 per hour.

**Balance Due From Past Billing**
**Total Due from December 1, 2015 Billing:**    **$92,057.94**

Very truly yours,

*David Raff*

David Raff

Enclosure

cc:  Geraldine Reilly, Chairperson (via e-mail)
     Susan Borenstein, Executive Director (via e-mail)
     Jayson S. Myers, Chief Administrative Law Judge (via e-mail)

RECEIVED

JAN 0 5 2016

NYS OFFICE OF THE ATTORNEY GENERAL
NYC EMPLOYMENT SECURITY SECTION



**RAFF & BECKER, LLP**
**470 PARK AVENUE SOUTH**
**THIRD FLOOR NORTH**
**NEW YORK, NEW YORK 10016**
**212-732-5400**


**SUMMARY OF**
**STATEMENT FOR SERVICES RENDERED AND COSTS INCURRED\***


**December 31, 2015**

**MONITORING AND OTHER FEES**

|  | FEES: | COSTS: | TOTAL: |
|---|---|---|---|
| Raff Total: | $ 45,594.80 | $ 165.18 | $ 45,759.98 |
| Becker Total: | $ 28,128.00 | $ - | $ 28,128.00 |
| Guarnieri Total: | $ 6,523.10 | $ - | $ 6,523.10 |
| Salazar Total: | $ - | $ - | $ - |
| Korder Total: | $ 15,532.00 | $ - | $ 15,532.00 |
| Wiener E. Total: | $ - | $ - | $ - |
| Wiener M. Total: | $ 8,775.00 | $ - | $ 8,775.00 |
| Pujols Total: | $ 351.00 | $ - | $ 351.00 |
| Admin Total: | $ 130.00 | $ - | $ 130.00 |
| TOTALS: | $ 105,033.90 | $ 165.18 | $ 105,199.08 |

*See NOTE 1.*


**Balance Due From Past Billing**
**Total Due from December 1, 2015 Billing:**     **$92,057.94**

====================================

\*          Itemized statement annexed hereto.


**NOTE 1:** The month of December's time and billing continues to reflect the activities appearing in billings submitted since the start of unappealed audit monitoring, application of the Amelioration Plan, and goal negotiations. *See* the attached itemized statements for the specific activities by biller, date, description and time.



# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY 10016

MLC (David Raff)

December 31, 2015
Invoice # 16760

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/01/2015 | Attended meeting with Mary Weiner re: prep for conference with DOL IT staff | 620.00 | 1.50 | 930.00 |
| | Office conference with Board and DOL re: Amelioration Plan statistics, reports and approaches | 620.00 | 2.70 | 1,674.00 |
| 2/02/2015 | Reviewed Myers emails re: new and removed ALJs | 558.00 | 0.20 | 111.60 |
| | Reviewed counseling memos provided at meeting with Myers | 620.00 | 1.30 | 806.00 |
| | Reviewed counseling results report from Myers and conferred with Mary Weiner to run an analysis based upon our data to determine if data matches | 558.00 | 0.80 | 446.40 |
| | Reviewed class member decisions: 586,846; 586,913; 977,347; 586,862; 586,875 | 558.00 | 1.30 | 725.40 |
| 2/03/2015 | Reviewed remand orders: AB 586,954; 587,943; 587,094 | 558.00 | 1.00 | 558.00 |
| 2/04/2015 | Reviewed NB memos provided by Borenstein | 558.00 | 3.70 | 2,064.60 |
| 2/07/2015 | Reviewed remand orders: AB 587,075; 587,030; 586,965; 586,930 | 558.00 | 1.20 | 669.60 |

MLC (David Raff)

Page   2

| | Rate | Hours | Amount |
|---|---|---|---|
| Reviewed class member decisions: AB 586,982; 586,892; 977,755; 586,914; 587,346; 977,940; 586,929; 587,016 | 558.00 | 2.30 | 1,283.4 |
| Revised Korder email to Myers re: ALJ Case No. 015-10285 | 558.00 | 0.70 | 390.6 |
| Revised Korder email re: ALJ Case Nos. 315-02748 and 315-02749 | 558.00 | 0.50 | 279.0 |
| 12/08/2015 Reviewed class member decisions: AB 586,974; 587,774; 977,943; 586,986; 587,013; 587,034; 977,955; 587,035; 587,054; 978,050; 587,056; 587,101 | 558.00 | 3.40 | 1,897.20 |
| 12/09/2015 Reviewed class member decisions: AB 587,306; 587,316; 978,147; 587,348; 587,164; 978,285; 587,102; 587,053; 977,914; 586,988; 586,984 | 558.00 | 3.10 | 1,729.80 |
| Reviewed remand orders: AB 586,953 | 558.00 | 0.30 | 167.40 |
| 2/10/2015 Reviewed class member decisions: AB 586,973; 586,949; 978,093; 586,943; 586,987; 978,183; 587,039; 587,691; 978,260; 586,936 | 558.00 | 2.70 | 1,506.60 |
| 2/11/2015 Reviewed class member decisions: AB 587,029; 978,284; 978,286; 978,288; 587,000; 586,972; 978,087; 978,028 | 558.00 | 2.20 | 1,227.60 |
| Attended meeting Mary Weiner re: providing RB MLC data structure to Panareillo and Gangaware, and discussion with Weiner re: ALJ identifiers and codes | 558.00 | 0.80 | 446.40 |
| 2/12/2015 Reviewed October Checklist and November Delta reports provided by Tate | 558.00 | 4.30 | 2,399.40 |
| 2/14/2015 Reviewed Amel Plan Unappealed Audit Cases and Reopening cases reports | 558.00 | 3.40 | 1,897.20 |
| Reviewed Esrick 1/14/15 NB | 558.00 | 0.20 | 111.60 |

MLC (David Raff)

Page   3

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/15/2015 | Reviewed remand orders: AB 587,218; 587,080; 587,068 | 558.00 | 0.90 | 502.2 |
|  | Reviewed class member decisions: AB 586,923; 586,961; 977,647; 977,921; 586,921; 587,238; 587,047; 978,152; 587,159; 978,657 | 558.00 | 2.80 | 1,562.4 |
| 12/16/2015 | Reviewed remand orders: AB 587,057; 586,983 | 558.00 | 0.60 | 334.8 |
|  | Reviewed class member decisions: AB 587,128; 587,133; 978,190; 586,979; 586,994; 587,142; 978,195; 586,939; 587,154; 978,223 | 558.00 | 2.90 | 1,618.2( |
|  | Attended meeting with Mary Weiner to review data issues that need to by brought to Myers, exam reports in issue, identified examples that show the problem and outlined for Mary items to be discussed in a letter to Myers | 558.00 | 1.60 | 892.8( |
| 2/17/2015 | Reviewed class member decisions: AB 587,171; 587,820; 978,290; 978,304; 587,063; 978,354; 587,173; 978,325; 587,135; 978,326; 587,224; 587,058 | 558.00 | 3.40 | 1,897.20 |
|  | Attended meeting with Mary Weiner re: contents of her letter, including examples of problems, to Myers and checked records to verify the facts underlying the expressed concerns | 558.00 | 0.70 | 390.60 |
| 2/18/2015 | Reviewed class member decisions: AB 587,095; 587,163; 586,957; 587,242; 587,043; 587,746; 586,908; 587,850 | 558.00 | 2.10 | 1,171.80 |
| 2/21/2015 | Reviewed remand orders: AB 587,428; 587,266; 587,193; 587,172 | 558.00 | 1.30 | 725.40 |
|  | Reviewed Esrick WM NB | 558.00 | 0.10 | 55.80 |
|  | Reviewed class member decisions: AB 586,995; 587,118; 978,255; 587,151; 978,301; 587,066; 587,303; 978,310 | 558.00 | 2.20 | 1,227.60 |
| /22/2015 | Revised draft of memo to Myers re: response to counseling memos | 558.00 | 4.80 | 2,678.40 |

MLC (David Raff)

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Reviewed draft of variance report for Myers and edited to make comments clearer | 558.00 | 0.50 | 279.0 |
| 12/23/2015 | Drafted final of response to counseling memos provided by Myers after further review of all memos submitted by Board in August and December 2015 and after review of July 29, 2015 memorandum to Myers and after review of drafts, comments and suggested revisions proposed by RLB, MG, and Korder | 558.00 | 3.90 | 2,176.20 |
| 12/24/2015 | Reviewed class member decisions: AB 587,083; 587,237; 978,311; 587,113; 587,209; 978,316; 587,114; 587,382; 978,319 | 558.00 | 2.50 | 1,395.00 |
| | Reviewed class member decisions provided by Myers: AB 978,087; 978,353; 978,028; 978,304 and reviewed Myers email re: RB counseling response memo | 558.00 | 0.90 | 502.20 |
| 2/28/2015 | Drafted proposed granular checklist and transmittal email to Myers | 558.00 | 1.40 | 781.20 |
| | Reviewed criteria for analysis of ten ALJs in most need of improvement per Myers email and reviewed tables prepared by Mary Wiener and made revisions based upon use of more current data | 558.00 | 1.70 | 948.60 |
| | Drafted email to Myers transmitting ALJ violation performance analysis and identified problems with duplicating his results | 558.00 | 0.70 | 390.60 |
| 2/29/2015 | Prepared for phone conf with Myers and Mary Wiener | 558.00 | 0.80 | 446.40 |
| | Phone with Myers and M. Wiener re: data and training issues and prepared notes of issues for future discussion | 558.00 | 1.20 | 669.60 |
| 2/30/2015 | Reviewed remand orders: AB 587,090; 586,985 | 558.00 | 0.70 | 390.60 |
| | Reviewed class member decisions: AB 587,196; 587,337; 978,350; 587,211; 587,136; 978,353; 587,215; 587,373; | | | |

MLC (David Raff)

Page   5

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | 976,250 | 558.00 | 2.50 | 1,395.0 |
| 12/31/2015 | Reviewed class member decisions: AB 587,119; 587,150; 978,320; 587,121; 587,183; 587,144; 587,028; 978,321; 587,165; 587,725; 978,324 | 558.00 | 3.20 | 1,785.6 |
| | Reviewed NB 39 from Esrick | 558.00 | 0.10 | 55.8 |
| | For Professional Services Rendered | | 81.10 | 45,594.8 |

Additional Charges

| 12/28/2015 | Local telephone service | 165.18 |
|---|---|---|
| | Total Additional Charges | 165.18 |
| | Total Current Work | 45,759.98 |
| | Balance Due | $45,759.98 |
| | Please Remit | $45,759.98 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC (Robert L. Becker)

December 31, 2015
Invoice #  16762

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/01/2015 | Office conference with J. Myers, D. Rook, DR, MG, MW and telephone conference w/G. Reilly and IT staff re: amelioration plan | 600.00 | 2.70 | 1,620.00 |
| | Phone with K. Carter re: re-review letter | 540.00 | 0.10 | 54.00 |
| | Reviewed ALJ audit cases (1) (115-03264 (combined w/115-03365) | 540.00 | 2.60 | 1,404.00 |
| 12/02/2015 | Reviewed ALJ audit cases (1) (015-1116) | 540.00 | 1.10 | 594.00 |
| 12/03/2015 | Reviewed and took notes concerning last four counseling memos received (KN, HW, BJ, RNF) in preparation for analysis and discussion with JM | 540.00 | 1.20 | 648.00 |
| 12/04/2015 | Reviewed A.B. case files: (4) (586,248; 586,342; 586,350; 586,376) | 540.00 | 6.10 | 3,294.00 |
| 12/05/2015 | Reviewed A.B. case files: (2) (586,416; 586,444) | 540.00 | 1.70 | 918.00 |
| 12/07/2015 | Reviewed 37 NBs drafted by D. Esrick and offered comments to DR for comments back to Board | 540.00 | 0.90 | 486.00 |

MLC (Robert L. Beck

Page   2

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Reviewed A.B. case files: (2) (586,448; 586,454) | 540.00 | 2.40 | 1,296.0 |
| | Email to DR outlining rationale for reopening letter in B. Trunzo (A.B. No. 586,454) | 540.00 | 0.80 | 432.0 |
| 12/08/2015 | Letter to G. Reilly re: B. Trunzo (A.B. No. 586,454) | 600.00 | 3.50 | 2,100.00 |
| | Reviewed A.B. case files: (1) (586,457 (begin)) | 540.00 | 0.90 | 486.00 |
| 12/09/2015 | Reviewed A.B. case files: (3) (586,457; 586,471; 586,473 (combined w/586,474)) | 540.00 | 2.50 | 1,350.00 |
| | Email to J. Myers re: missed violated in B. Kelmendi (A.B. No. 586,473 (combined w/586,474)) | 540.00 | 0.10 | 54.00 |
| 2/10/2015 | Reviewed A.B. case files: (4) (586,484; 586,495; 586,530 (combined w/586,531 and 586,532); 586,553) | 540.00 | 3.70 | 1,998.00 |
| 2/11/2015 | Phone with P. Lyons re: re-review letter | 540.00 | 0.10 | 54.00 |
| | Reviewed A.B. case files: (3) (586,564; 586,573; 586,574 (begin - 201 pgs.)) | 540.00 | 2.60 | 1,404.00 |
| 2/12/2015 | Reviewed A.B. case files: (1) (586,574 (complete)) | 540.00 | 1.30 | 702.00 |
| 2/14/2015 | Drafted missed violation e-mail in J. Stephens (A.B. No. 586,574) | 540.00 | 1.00 | 540.00 |
| | Reviewed A.B. case files: (3) (586,591; 586,592; 581,595 (begin)) | 540.00 | 2.70 | 1,458.00 |
| 2/15/2015 | Phone with J. Alfieri re: update concerning re-review letter | 540.00 | 0.10 | 54.00 |
| | Reviewed A.B. case files: (3) (586,595 (complete); 586,629; 586,641 (begin)) | 540.00 | 2.30 | 1,242.00 |
| | Email to J. Myers re: missed violation in A. Costa (A.B. No. 586,641) | 540.00 | 0.20 | 108.00 |

MLC (Robert L. Beck

Page   3

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/16/2015 | Reviewed A.B. case files: (3) (586,641 (complete); 586,651; 586,652) | 540.00 | 3.30 | 1,782.0 |
| 12/17/2015 | Reviewed JK's breakdown of checklist items and e-mail to DR with comments | 540.00 | 0.40 | 216.0 |
|  | Reviewed A.B. case files: (2) (586,659; 586,676 (begin)) | 540.00 | 1.50 | 810.0 |
| 12/18/2015 | Reviewed A.B. case files: (2) (586,676 (complete); 586,701) | 540.00 | 2.00 | 1,080.00 |
| 12/21/2015 | Phone with K. Piscitelli (attorney) on behalf of S. Piscitelli re: re-review letter, including e-mailing checklist to K. Piscitelli | 540.00 | 0.30 | 162.00 |
|  | Reviewed A.B. case files: (2) (586,675; 586,654) | 540.00 | 1.90 | 1,026.00 |
| 12/22/2015 | Reviewed MG's draft of memo to J. Myers commenting on recent ALJ counseling memos and making revisions thereto | 540.00 | 0.40 | 216.00 |
| 2/28/2015 | Phone with D. Truver re: reopening letter | 540.00 | 0.10 | 54.00 |
| 2/29/2015 | Phone with D. Vasquez re: re-review letter | 540.00 | 0.10 | 54.00 |
|  | Phone with L. Bryant re: re-review and process after favorable decision | 540.00 | 0.10 | 54.00 |
|  | Reviewed D. Esrick's memo on handling and admissibility of electronic data and memo to DR,MG, JK in connection therewith | 540.00 | 0.70 | 378.00 |
|  | For Professional Services Rendered |  | 51.40 | 28,128.00 |
|  | Total Current Work |  |  | 28,128.00 |
|  | Balance Due |  |  | $28,128.00 |
|  | Please Remit |  |  | $28,128.00 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC (Maria Guarnieri)

December 31, 2015
Invoice #  16763

### Professional Services

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 12/01/2015 | Meeting with J. Myers, D. Rook, G. Reilly and K. Gangaware (by phone from Albany), and J. Panariello, D. Lukaszweski, B. Close and K. Hannel (by phone from Troy) re: status of implementation of Amelioration Plan since last meeting in July | 410.00 | 2.70 | 1,107.00 |
| 2/08/2015 | Reviewed counseling memoranda distributed at the December 1, 2015 meeting with J. Myers and D. Rook and drafted analysis of the issues and remedial measures contained therein | 369.00 | 4.70 | 1,734.30 |
| 2/11/2015 | Reviewed Amelioration Plan counseling and PIP provisions, July 29, 2015 RB counseling response memo to Myers and outline issues from current counseling memos | 369.00 | 2.60 | 959.40 |
| 2/17/2015 | Reviewed counseling memoranda of hearing ALJs the Board provided to MLC counsel in August 2015 | 369.00 | 1.70 | 627.30 |
| 2/18/2015 | Continued reviewing counseling memoranda of hearing ALJs the Board provided to MLC counsel in August 2015 | 369.00 | 0.90 | 332.10 |
| | Drafted issues and problems outline for August counseling memos, incorporated issues from December 2015 counseling memos and prepared descriptive sections for review by DR and RLB | 410.00 | 2.10 | 861.00 |

MLC (Maria Guarnier

Page   2

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/21/2015 | Revised topic outline of response memorandum to J. Myers re: ALJ counseling memoranda including drafting new suggested analytical sections | 410.00 | 1.40 | 574.0 |
| | Revised memorandum to J. Myers re: counseling memoranda distributed at the December 1, 2015 meeting and those provided to MLC counsel in August 2015 to include a separate discussion of counseling memoranda concerning ALJ identified as "078" | 410.00 | 0.80 | 328.0 |
| | For Professional Services Rendered | | 16.90 | 6,523.1 |
| | Total Current Work | | | 6,523.1 |
| | Balance Due | | | $6,523.1 |
| | Please Remit | | | $6,523.1 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY 10016

MLC (Jacob Korder)

December 31, 2015
Invoice # 16766

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/01/2015 | Reviewed ALJ audit cases: Magda Bedoya, ALJ Case Nos. 115-03248, 115-03305, and 115-03306 | 198.00 | 4.90 | 970.20 |
| | Reviewed ALJ audit cases: Tanjee Bines, ALJ Case No. 015-10306 | 198.00 | 2.50 | 495.00 |
| | Office conference with Bob Becker: Ballard Maye ALJ Case Nos. 315-02748 and 315-02749 | 198.00 | 0.20 | 39.60 |
| | Office conference with David Raff: Ballard Maye ALJ Case Nos. 315-02748 and 315-02749 | 198.00 | 0.20 | 39.60 |
| 2/02/2015 | Drafted missed violation e-mail: Ballard Maye ALJ Case Nos. 315-02748 and 315-02749 | 198.00 | 0.40 | 79.20 |
| | Reviewed ALJ audit cases: Syed Faridi, ALJ Case No. 015-10285 | 198.00 | 2.10 | 415.80 |
| | Reviewed ALJ audit cases: Bridgette Pittman, ALJ Case No. 015-10819 | 198.00 | 0.90 | 178.20 |
| | Reviewed ALJ audit cases: Breanna Fred, ALJ Case no. 015-10520 | 198.00 | 3.00 | 594.00 |

MLC (Jacob Korder)

Page   2

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/03/2015 | Reviewed ALJ audit cases: Danielle Petit, ALJ Case No. 115-03622 | 198.00 | 4.70 | 930.6 |
| | Reviewed ALJ audit cases: Leon Breed, ALJ Case No. 015-01783 | 198.00 | 5.00 | 990.0 |
| 12/04/2015 | Office conference with Bob Becker: Syed Faridi, ALJ Case No. 015-10285 | 198.00 | 0.30 | 59.4 |
| | Drafted missed violation e-mail: Syed Faridi, ALJ Case No. 015-10285 | 198.00 | 0.90 | 178.2 |
| | Reviewed ALJ audit cases: Plinio Bustillo, ALJ Case No. 015-10430 | 198.00 | 3.10 | 613.8 |
| 12/07/2015 | Reviewed and commented on Appeal Board training materials | 198.00 | 0.40 | 79.20 |
| | Reviewed and revised list of checklist violation types | 198.00 | 0.40 | 79.20 |
| | Reviewed ALJ audit cases: Rohan Thompson, ALJ Case No. 015-04785 | 198.00 | 3.00 | 594.00 |
| | Reviewed ALJ audit cases: Aileen Iosso, ALJ Case No. 115-03576 | 198.00 | 4.20 | 831.60 |
| 2/08/2015 | Office conference with Bob Becker: Rohan Thompson, ALJ Case No. 015-04785 | 198.00 | 0.20 | 39.60 |
| | Drafted missed violation e-mail: Rohan Thompson, ALJ Case No. 015-04785 | 198.00 | 0.20 | 39.60 |
| | Reviewed ALJ audit cases: Daniella di Dea Wolffe, ALJ Case Nos. 115-03655 and 115-03826 | 198.00 | 2.30 | 455.40 |
| | Reviewed ALJ audit cases: Ian Messiter, ALJ Case Nos. 115-04064, 115-04155, and 115-04156 | 198.00 | 2.10 | 415.80 |

MLC (Jacob Korder)

Page   3

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Reviewed ALJ audit cases: Olive Brackett, ALJ Case No. 015-11492 | 198.00 | 4.10 | 811.8 |
| 12/09/2015 | Reviewed and commented on Appeal Board counseling memoranda and draft of Raff & Becker response | 198.00 | 0.70 | 138.6 |
| | Reviewed and commented on Bob Becker's reopening letter: Brenda Trunzo, A.B. Case No. 586,454 | 220.00 | 0.40 | 88.0 |
| | Reviewed ALJ audit cases: Kyana Gordon, ALJ Case No. 015-12052 | 198.00 | 1.20 | 237.6( |
| | Reviewed ALJ audit cases: Sara Kranczer, ALJ Case No. 015-11241 | 198.00 | 0.90 | 178.2( |
| | Office conference with Bob Becker: Aileen Iosso, ALJ Case Nos. 115-03576 and 115-03577 | 198.00 | 0.20 | 39.60 |
| | Office conference with Bob Becker: Kyana Gordon, ALJ Case No. 015-12052 | 198.00 | 0.20 | 39.60 |
| 2/10/2015 | Reviewed ALJ audit cases: Chris Avery, ALJ Case No. 115-03591 | 198.00 | 1.40 | 277.20 |
| | Reviewed ALJ audit cases: Elizabeth Cohen, ALJ Case No. 015-13258 | 198.00 | 1.20 | 237.60 |
| | Reviewed ALJ audit cases: Tricia Stewart, ALJ Case No. 015-11591 | 198.00 | 1.20 | 237.60 |
| 2/11/2015 | Drafted missed violation e-mail: Aileen Iosso, ALJ Case Nos. 115-03576 and 115-03577 | 198.00 | 0.70 | 138.60 |
| | Drafted missed violation e-mail: Kyana Gordon, ALJ Case No. 015-12052 | 198.00 | 0.30 | 59.40 |
| | Reviewed ALJ audit cases: Dorian Jackson, ALJ Case No. 015-11894 | 198.00 | 3.20 | 633.60 |

MLC (Jacob Korder)

Page   4

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | Reviewed ALJ audit cases: Colleen McNamara, ALJ Case Nos. 015-12225 and 015-12941 | 198.00 | 2.30 | 455.4 |
| 12/12/2015 | Reviewed ALJ audit cases: Kavir Fotedar, ALJ Case No. 015-12507 | 198.00 | 0.40 | 79.2 |
| | Reviewed ALJ audit cases: Ky-Leef Bowman, ALJ Case No. 015-12982 | 198.00 | 0.80 | 158.4 |
| | Reviewed ALJ audit cases: Hyuen Chul Roh, ALJ Case No. 015-13533 | 198.00 | 0.90 | 178.2 |
| | Reviewed ALJ audit cases: Doris Ponce, ALJ Case No. 015-14017 | 198.00 | 0.40 | 79.2( |
| | Reviewed ALJ audit cases: Christopher Alvarado, ALJ Case No. 015-13464 | 198.00 | 0.70 | 138.6( |
| 2/14/2015 | Revised missed violation e-mail: Aileen Iosso, ALJ Case Nos. 115-03576 and 115-03577 | 198.00 | 0.20 | 39.6( |
| | Office conference with Bob Becker: Doris Ponce, ALJ Case No. 015-14017 | 198.00 | 0.20 | 39.60 |
| | Reviewed ALJ audit cases: Marian Goldin, ALJ Case No. 015-12525 | 198.00 | 2.30 | 455.40 |
| | Reviewed ALJ audit cases: Burchell Smart, ALJ Case No. 015-11232 | 198.00 | 4.90 | 970.20 |
| | Reviewed and commented on additional Appeal Board counseling memoranda | 198.00 | 1.20 | 237.60 |
| | Office conference with Bob Becker: Colleen McNamara, ALJ Case Nos. 015-12225 and 015-12941 | 198.00 | 0.20 | 39.60 |
| /15/2015 | Office conference with David Raff: Colleen McNamara, ALJ | | | |

MLC (Jacob Korder)

Page   5

|  | Rate | Hours | Amount |
|---|---|---|---|
| Case Nos. 015-12225 and 015-12941 | 198.00 | 0.30 | 59.4 |
| Office conference with David Raff and Bob Becker: Colleen McNamara, ALJ Case Nos. 015-12225 and 015-12941 | 198.00 | 0.20 | 39.6 |
| Reviewed A.B. case files: Caroline de la Rosa, A.B. Case No. 586,605 | 198.00 | 1.20 | 237.6 |
| Reviewed A.B. case files: Michael Cremen, A.B. Case No. 586,623 | 198.00 | 4.00 | 792.00 |
| Reviewed A.B. case files: Peter Whinihan, A.B. Case No. 586,628 | 198.00 | 0.70 | 138.60 |
| Reviewed ALJ audit cases: Sandra Gonzalez, A.B. Case No. 586,660 | 198.00 | 0.80 | 158.40 |
| For Professional Services Rendered |  | 78.40 | 15,532.00 |
| Total Current Work |  |  | 15,532.00 |
| Balance Due |  |  | $15,532.00 |
| Please Remit |  |  | $15,532.00 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC (Mary Wiener)
Analytic MicroSystems

December 31, 2015

Invoice #  16761

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/04/2015 | Imported appealed and unappealed data, determined that removal and add codes missing and prepared tables showing incomplete data | 250.00 | 3.30 | 825.00 |
| 1/06/2015 | Meeting with Becker and Raff re: decision codes provided by Myers, discussed what each one means and how the types should be coded for preparing reports | 250.00 | 0.80 | 200.00 |
| 1/09/2015 | Analyzed data discrepancies between earlier Board reports and later reports where later reports have dropped previously recorded ALJs without any explanation | 250.00 | 2.10 | 525.00 |
| 1/10/2015 | Analysis of Appealed reports with Delta reports included showing removals and additions, and compared to unappealed reports for rates of same ALJs. Drafted tables for review by Raff | 250.00 | 3.40 | 850.00 |
| 1/24/2015 | Prepared analysis of appealed and unappealed data, hearing ALJ violation rates in all categories and applying Board's and MLC counsel goal standards in prep for 12/1 meeting with Myers | 250.00 | 4.30 | 1,075.00 |
| /30/2015 | Prepared data analysis tables and charts for Raff and Becker in | | | |

MLC (Mary Wiener)                                                                Page   2

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | preparation for Myers 12/1 meeting and met with Raff and Becker to review data | 250.00 | 3.70 | 925.0( |
| 12/01/2015 | Attended meeting with DR re: prep for conference with DOL IT staff | 250.00 | 1.50 | 375.0( |
| | Revised tables and charts based upon tables provided by Myers showing add/remove data not in database and prepared questions about why some codes are used and others are not | 250.00 | 1.70 | 425.0( |
| | Attended meeting with Myers and Board's IT staff | 250.00 | 2.70 | 675.0( |
| 12/11/2015 | Attended meeting with DR re: providing RB MLC data structure to Panareillo and Gangaware, and discussion re: ALJ identifiers and codes; outline data structure issues that need to be resolved with Board IT staff | 250.00 | 1.30 | 325.00 |
| 2/17/2015 | Attended meeting with DR re: contents of letter, including examples of problems, to Myers and checked records to verify the facts underlying the expressed concerns | 250.00 | 0.70 | 175.00 |
| 2/22/2015 | Imported appealed and unappealed updated data and prepared violation analysis tables | 250.00 | 2.80 | 700.00 |
| 2/23/2015 | Reviewed Myers email and prepared analysis of ALJs to compare to Myers 10 in most need of improvement. Since no parameters, date ranges and criteria included, prepared analysis based upon speculation as to what Myers used since we could not match results found by Myers. Also reviewed update tables from Myers showing remove/add codes and searched emails for Benoj explanation of codes, which appear to have dropped off Board reports | 250.00 | 4.20 | 1,050.00 |
| 2/29/2015 | Conferred with Raff to prep for call with Myers about data issues and remove/add code problem | 250.00 | 1.60 | 400.00 |
| | Confcall with Myers and Raff regarding data issues | 250.00 | 1.00 | 250.00 |
| | For Professional Services Rendered | | 35.10 | 8,775.00 |

MLC (Mary Wiener)

Page   3

| | Rate | Hours | Amount |
|---|---|---|---|
| Total Current Work | | | 8,775.00 |
| Balance Due | | | $8,775.00 |
| Please Remit | | | $8,775.00 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC (Pujols)

December 31, 2015

Invoice #  16764

### Professional Services

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 2/04/2015 | Prepared, copied and organized Decisions and Remands into electronic and hard copy files: 20 files | 130.00 | 0.50 | 65.00 |
| 2/11/2015 | Prepared, copied and organized Decisions and Remands into electronic and hard copy files: 30 files | 130.00 | 0.75 | 97.50 |
| 2/21/2015 | Prepared, copied and organized Decisions and Remands into electronic and hard copy files: 34 files | 130.00 | 0.85 | 110.50 |
| 2/29/2015 | Prepared, copied and organized Decisions and Remands into electronic and hard copy files: 24 files | 130.00 | 0.60 | 78.00 |
| | For Professional Services Rendered | | 2.70 | 351.00 |
| | Total Current Work | | | 351.00 |
| | Balance Due | | | $351.00 |
| | Please Remit | | | $351.00 |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC - ADMINISTRATIVE

December 31, 2015

Invoice #  16765

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 2/09/2015 | Prepare, proof and copy: Letter to G. Reilly re: B. Trunzo (A.B. No. 586,454) | 130.00 | 1.00 | 130.00 |
| | For Professional Services Rendered | | 1.00 | 130.00 |
| | Total Current Work | | | 130.00 |
| | Balance Due | | | $130.00 |
| | Please Remit | | | $130.00 |