

| ERIC T. SCHNEIDERMAN<br>Attorney General | STATE OF NEW YORK<br>OFFICE OF THE ATTORNEY GENERAL | DIVISION OF SOCIAL JUSTICE<br>Labor Bureau |

January 13, 2016

Honorable Loretta A. Preska
Chief Administrative Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-16

Re: *Barcia v. Sitkin*, 79 Civ. 5831 and
*Municipal Labor Committee v. Sitkin*, 79 Civ.
5899 *Consent Decree (1983)*

Dear Judge Preska,

We write seeking clarification regarding the Court's Order entered January 6, 2016 concerning the protocol governing submission of plaintiff's attorney's fees ("January 6 Order"). More specifically, we seek guidance as to whether plaintiffs' counsel's billing statement dated December 31, 2015 ("December Billing Statement") is subject to the terms of the Order. The December Billing Statement was received by this office on January 5, 2016 and has not yet been processed for payment.

The parties have conferred, and plaintiffs' counsel has taken the position that the December Billing Statement is not subject to the January 6 Order. We respectfully request that Your Honor provide guidance as to whether the billing statement should be provided to the Court for approval. A copy of the December Billing Statement is enclosed.

*All of the unpaid invoices are subject to the consent and approval of the Court.*

Respectfully submitted,

Linda D. Joseph
Assistant Attorney General

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc: David Raff, Esq.
Jayson S. Myers, Esq.

1/20/16

120 Broadway, New York, NY 10271• (212) 416-8700 • Fax (212) 416-8694 • www.ag.ny.gov