```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BARCIA, et al.                      :     79-cv-5831 (LAP)
                                    :
           Plaintiffs,              :
                                    :
                                    :
      v.                            :     ORDER OF CONFERENCE
                                    :
                                    :
SITKIN, et al.                      :
                                    :
           Defendants.              :
------------------------------------x
```

LORETTA A. PRESKA, Chief United States District Judge:

It is hereby ORDERED that counsel in the above-captioned matter are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007 on February 24, 2016 at 9:00 a.m. for a status conference.

SO ORDERED

Dated: January 22, 2016

_____
LORETTA A. PRESKA
Chief United States District Judge